UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDOLLAH ABDOLLAHI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 19-3688 (ABJ) |
| ) | |
| NATIONAL IRANIAN ) | |
| TANKER COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It appears upon review of the record that plaintiffs have failed to file the necessary military affidavits with the Clerk of the Court in order to obtain entries of default against defendants Ali Rabiei and Alaedin Boroujerdi. It also appears that plaintiffs have not taken any actions against defendant National Iranian Tanker Company since the Clerk of the Court entered default against it on May 3, 2020. *See* Dkt. # 7. Therefore, plaintiffs are **ORDERED** to file the proper forms and motion, or to show cause why this case should not be dismissed for want of prosecution by July 20, 2020.

**SO ORDERED**.

Amy B Jack

AMY BERMAN JACKSON
United States District Judge

DATE: July 6, 2020