### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdollah Abdollahi et al., | |
| *Plaintiffs,* | **PLAINTIFFS RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | **Case Number: 1:19-cv-03688-ABJ** |
| National Iranian Tanker Co. et al., | |
| *Defendants.* | |

## PLAINTIFFS RESPONSE TO ORDER TO SHOW CAUSE

**NOW COME** the Plaintiffs, Abdollah Abdollahi et al., by and through undersigned counsel, to show cause why this case should not be dismissed for want of prosecution. In support hereof, Plaintiffs show the following:

1. Plaintiffs filed their Complaint on December 10, 2019.

2. Plaintiffs filed their First Amended Complaint on January 14, 2020.

3. Service upon Defendants Mr. Ali Rabiei and Mr. Alaeddin Boroujerdi was performed on February 17, 2020 via the Iran Ministry of Foreign Affairs, Parliamentary Legal Affairs Office as permitted and instructed under Iranian law.

4. Service upon Defendant the National Iranian Tanker Company (NITC) was performed on February 23, 2020 via personal delivery to Mr. Emami, the legal agent of NITC, at their offices located at Building #2, East Atefi Street, Tehran, Iran.

5. A Notice of Default was entered against Defendant NITC on May 3, 2020 following their failure to respond to Plaintiffs' notice of suit and summons.

6.  Defendants Ali Rabiei and Alaeddin Boroujerdi are in default and unresponsive to communications. Plaintiffs filed Supplemental Military affidavits (Docket #9) in support of the original request for entering the default against Defendants Rabiei and Boroujerdi, (Exhibit A).

7.  Defendants' failure to respond to service of the complaint has prevented Plaintiffs from receiving any further information or evidence from Defendants that might be included in such a response and be relevant to the causes of action raised by Plaintiffs.

8.  Following entry of default against all Defendants, Plaintiffs intend to file a motion for expedited discovery by August 10, 2020 to allow Plaintiffs to conduct discovery for 90 days so that they may complete necessary fact-finding to support Plaintiffs' Motion for Default Judgment against Defendants.

9.  Plaintiffs' has to establish jurisdiction under Alien Tort Claim Act, which required more evidence to be submitted in support of Plaintiff's Motion for Default Judgment than non-jurisdictional cause of actions.  Furthermore, Plaintiffs seek not only monetary damages through this suit, but also information and answers regarding the fates of their family members who crewed the *Sanchi*. As such, fact-finding is necessary not only for proving damages against Defendants, but also for providing justice and relief to Plaintiffs.

10. Defendants have not participated in this action albeit the proper serving because they do not want to participate in the discovery process. Defendants acknowledged and answered Plaintiffs' allegations in Iranian Media, but strategically decided to do not participate in this action.

11. Counsel for Plaintiffs are still gathering affidavits from third parties who are not located in the United States, such as family members of the *Sanchi* crew and expert witnesses.

These affidavits are necessary to demonstrate the Court's jurisdiction in this case, and as such Plaintiffs have not yet moved for a default judgment against Defendants.

12. Plaintiffs have identified third parties which may be served subpoenas for production of documents necessary for this suit, among these parties are United States Navy that participated in International Search and Rescue the day after the accident, and entities investigated the Sanchi Tanker after it sank.

13. Plaintiffs are enthusiastically pursuing required evidence to file the motion for default judgment. Plaintiffs, who are families of missing crewmen are counting minutes to get an answer about their family members and the judgment against wrongdoers.

THEREFORE, Plaintiffs respectfully request the Court find that this suit should not be dismissed for want of prosecution, and further request that this Court, by considering the enclosed affidavit of service, finds Plaintiffs Request for Entry of Default Judgment (Docket #6 ) complete, and enter notice of default against Defendants Ali Rabiei and Alaeddin Boroujerdi.


Dated July 20, 2020.


Respectfully submitted,


_____/s/_____
Ali Herischi, Esq.
MD 0912160047
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538

*Attorney for Plaintiffs*