Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ABDOLLAH ABDOLLAHI, et al

           Plaintiff(s)

v.

NATIONAL IRANIAN TANKER COMPANY et al

           Defendant(s)

Civil Action: 19-cv-03688-ABJ

**RE:** ALAEDIN BOROUJERDI & ALI RABIEI

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on MArch 09, 2020, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of July, 2020 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk