IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdollah Abdollahi et al., *Plaintiffs,* v. The National Iranian Tanker Co. et al., *Defendants.* | Civil Action No. 1:19-cv-03688-ABJ |

## PLAINTIFFS' STATUS REPORT

On August 11, 2020, this Court granted Plaintiffs' motion for limited discovery in order to develop the evidentiary record necessary to support a motion for default judgment. This court ordered Plaintiffs to submit the Status Report at the end of discovery period. Accordingly, Plaintiffs submitting this Status Report and requesting 90 days extension of discovery period.

### Completed Discoveries

Counsel for Plaintiffs has been working to produce affidavits of family members of the *Sanchi* crew and other necessary parties. During last three months, counsel has obtained statements from Plaintiffs with supporting documents, as well as some witness affidavits and documents.

### Pending Requests.

Counsel for Plaintiffs has also issued subpoenas for documents to the United States Treasury Department, State Department, and U.S. Navy requesting relevant records to the accident, National Iranian Tanker Company (NITC), or any information relevant to this case.

1

In responding to the subpoenas, both the U.S. Navy and the Treasury Department have been communicative with Counsel and have requested more time to provide the necessary information. However to this date, no response has yet been received from the State Department.

Navy JAG Officer Kevin R. Griffen has confirmed via email with counsel that the requested records contain classified information, and more time will be needed to evaluate them to consider whether such materials may be produced. *See Navy email, Ex. 1.* Based on the email, and the phone conversation between counsels, the Navy is going to produce the list of documents, which majority of them is going to be classified, then Department of Justice attorney will be participate to protect those classified documents in this proceedings. *Id.*

Senior Counsel for the Office of Foreign Assets Control (OFAC) of the Treasury Department, Jacob Thiessen, cited the following reasons for requesting an extension of time:

> "(1) the subpoena was specifically directed to the U.S. Department of the Treasury, Office of the Inspector General – an office that has no access to and little familiarity with any of the information requested in the subpoena and that did not immediately recognize that the subpoena should be forwarded to OFAC; (2) the coronavirus pandemic has disrupted the usual work practices of OFAC and the Federal Programs branch of the Department of Justice with respect to responding to subpoenas, leading to delays in assigning a litigator to OFAC to handle this subpoena (OFAC lacks independent litigating authority); and (3) the subpoena asks for an open-ended set of materials, requiring OFAC to consider questions of search parameters, search efficiency, and office involvement that are unusual in OFAC's experience of handling third party subpoenas, and that require more extensive consultation with our litigation counsel". *See Thiessen email, Ex. 2.*

**Plaintiffs' Request for Extension of Limited Discovery**

Plaintiffs understand that delays in response are to be expected due to the potential for barriers regarding classified information and the realities of the impact of COVID-19 on typical processes, as addressed by Mr. Thiessen. Because Plaintiffs believe the records requested via subpoena to the United States government are essential to the development of their case for purposes of default judgment and may need to consider additional steps if the classified nature of

the requested documents proves to be a barrier to production, we ask that this Court grant an extension of ninety (90) days to allow time for government response to Plaintiffs' subpoenas and subsequent challenges related to classified documents.

 Plaintiffs' main objective in this matter is discover the truth about their love ones who are missing for about three years since the accident.

Dated November 9, 2020.

Respectfully,

               _____/s/_____
               Ali Herischi, Esq.
               MD 0912160047
               Herischi & Associates LLC
               7201 Wisconsin Ave. Ste. 440
               Bethesda, MD 20814
               ali.herischi@ibhlaw.com
               Tel.: 301.363.4540
               Fax: 301.363.4538

               *Attorney for Plaintiffs*