IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdollah Abdollahi et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> National Iranian Tanker Co. et al., <br><br> *Defendants*. | **PLAINTIFFS' STATUS REPORT** <br><br> Case Number: 1:19-cv-03688-ABJ |

**PLAINTIFFS' STATUS REPORT**

**NOW COME** the Plaintiffs, Abdollah Abdollahi et al., by and through undersigned counsel, to provide this Court with a report on the status of discovery in the above-titled suit, and request an extension of ninety (90) days for discovery in order to file motions to compel to enforce issued subpoenas.

I. **Status of Discovery**

a. **Subpoenas to Produce Document**

Plaintiffs sent Subpoenas to produce documents to U.S. Department of Navy, U.S. Department of State, and U.S. Department of Treasury. Department of Treasury and Department of Navy provided their objection and limited answer to Plaintiffs' Subpoenas. Department of State has not produced any answer, however Department of Justice's attorneys are assigned to communicate with Plaintiffs regarding the Subpoenas.  Counsel for Plaintiffs has been in communication with representatives of the U.S. Department of the Treasury and the U.S. Navy regarding subpoenas requesting evidence pertinent to Plaintiffs' claims.

Department of Navy produced the list of available documents to Plaintiffs Subpoena, along with its objections, mainly involved with classified and privileged documents. (See Exhibit A)

1

Navy's attorney and DoJ's attorney could not reach an agreement with Plaintiffs to produce any further documents. Plaintiffs left with no other course of action but to file the Motion to Compel Discovery. Plaintiffs communicated with this Chamber to schedule a discovery conference, which we have been instructed to directly file the Motion to Compel.

Department of Treasury and Office of Foreign Asset Control provided an answer on February 5, 2021 objecting to Plaintiff's subpoena for different reasons. (See Exhibit B)

Department of State failed to provide any answer to our request for documents, DoJ attorney, Mr. Joseph Carilli, in his email dates February 5, 2021 stated that he "is waiting for a status from counsel for the Department of State." (See Exhibit C)

### b. Mario Vittone's Emails

Additionally, Plaintiffs seek to receive copy of Mr. Mario Vittone's emails already provided to this Court for review since the law firm of Holman Fenwick Willan ("HFW"), after three attempts failed to assert any objection or file a motion for this matter to prevent the release of said emails.

On January 22, 2021 this Court ordered that HFW must file a motion to intervene for the limited purpose of moving to quash the subpoena by February 5, 2021. *See Minute Order*, Docket No. 17. Plaintiffs' counsel emailed Mr. Andrew Chamberlain of HFW the same date. (Exhibit D) To date, no such motion has been filed by HFW.

In pursuant of this Court's ruling (Docket #14), the requested emails are not privileged, the Court stated that "there is no indication in the emails that retaining him in connection with potential future litigation was contemplated" and "it is not apparent from the material the Court has reviewed that the communications fall within the category of attorney work product either. Thus Plaintiffs is asking to Court to release Mr. Mario Vittone's email to Plaintiffs' counsel.

**II.     Discovery Period**

Plaintiffs respectfully ask that the Court grant Plaintiffs' request for an extension of discovery of ninety (90) days to allow counsel for Plaintiffs time to complete the necessary motions to compel against three U.S. Departments involving privileges and classified documents and complete currently pending discoveries.

Dated February 8, 2021.

Respectfully submitted,

_____/s/_____
Ali Herischi, Esq.
MD 0912160047
Herischi & Associates LLC
7201 Wisconsin Ave. Ste. 440
Bethesda, MD 20814
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538

*Counsel for Plaintiffs*