UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDOLLAH ABDOLLAHI, *et al.*, | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civ. A. No. 19-3688 (ABJ) |
| NATIONAL IRANIAN TANKER COMPANY, *et al.*, | ) ) ) ) |  |
| Defendants. | ) ) |  |

### DEPARTMENT OF NAVY'S NOTICE OF
### IN CAMERA EX PARTE SUBMISSION

Pursuant to the Court's minute order dated July 1, 2022, the Department of Navy, by undersigned counsel, provides notice of the *in camera, ex parte* submission of classified documents to the Litigation Security Group, Department of Justice, for coordination of delivery to the Court. The classified documents that are the subject of this submission are identified in the index appearing as exhibit 1 to the declaration of Lieutenant Commander Ann Oakes that is attached to this filing.

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for United States