**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Abdollah Abdollahi et al.,

*Plaintiffs*,

v.

National Iranian Tanker Co. et al.,

*Defendants*.

**PLAINTIFFS RESPONSE TO ORDER TO SHOW CAUSE**

**Case Number:  1:19-cv-03688-ABJ**

**PLAINTIFFS STATUS REPORT**

Plaintiffs, Abdollah Abdollahi et al., by and through undersigned counsel, file this Status Report about the case as instructed by this Court. Plaintiffs are asking for additional time to prepare the final Motion for Default Judgment considering the new developments in this case. In support hereof, Plaintiffs show the following:

1.  On May 3, 2020, Entry of Default was entered against Defendant NITC [Dkt. # 7], and on July 22, 2020, the Entry of Default was entered as to Defendants ALAEDIN BOROUJERDI and ALI RABIEI [Dkt. # 11].

2.  On June 1, 2020, plaintiffs submitted a subpoena duces tecum to the United States Navy ("Navy"), a non-party to this action, seeking documents related to the January 6, 2018 collision of the Sanchi Oil Tanker with the CF Crystal in the East China Sea, and subsequent recovery efforts.

3.  On June 14, 2021, plaintiffs filed a motion to compel disclosure of the aforementioned documents and "request[ed] in camera review of classified records to preserve the

1

confidential nature of any information contained therein." Pls.' Mot. to Compel [Dkt. # 21] at 3.

4. On November 11, 2021, the Court granted the motion in part, ordering that the Navy produce the responsive materials listed in the January 2021 Letter for ex parte, in camera review. Order [Dkt. # 28] at 3.

5. On December 11, 2023, the Court denied Plaintiffs' Motion to Compel the production of any other material. The process of evaluating the Navy's classified documents took two years while the case was pending.

6. On April 30, 2024, the Court set a deadline of July 8, 2024, for filing a status report or the Motion.

7. Plaintiffs now, with apologies, file this Status Report four days after the deadline due to the fact that we were awaiting an important conversation which did not occur until after the deadline for filing this Status Report.

8. As of July 10, 2024, one of the Plaintiffs in Canada possesses information and material that could not be produced to us earlier due to security reasons. We need additional time to visit the client and evaluate the documents and testimonies for this Court.

9. Additionally, on July 7, 2024, my office obtained a document that significantly aids the case. We require time to securely translate this document and obtain a declaration from the source, which is very time-consuming considering the security issues surrounding the matter.

10. This case represents the last hope for the Plaintiffs who are undertaking this dangerous path to challenge the Iranian Regime's narrative. We appreciate this Court's patience with this case.

11. Plaintiffs are diligently and with all available resources finalizing the motion for default

judgment against the Defendant. Plaintiffs respectfully request that this Court allow them

until November 1, 2024, to file the Motion for Default Judgment.

**THEREFORE**, Plaintiffs respectfully request an extension until November 1, 2024, to file the

Motion for Default Judgment.

Dated: July 12, 2024.


Respectfully submitted,


   __/s/_____
Ali Herischi, Esq.
MD0024
Herischi & Associates LLC
11300 Rockville Pike, Ste 712
N Bethesda, MD 20852
ali.herischi@ibhlaw.com
Tel.: 301.363.4540

*Attorney for Plaintiffs*

3