National Iranian Oil Company
International Affairs

Date: 27/10/2015

No.: EIO - 16901

**To :** NITC Financial Director,
**CC :** NIOC International - Affairs Financial Director,
**CC :** NIOC International - Affairs Financial Manager,

| | |
|---|---|
| View Transaction Details – Telegraphic Transfer | |
| Transaction Date | 20-10-2015 |
| Value Date | 21-10-2015 |
| System Reference | *********776 |
| Transaction Reference | Credit |
| Credit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED |
| Special Instructions | Beneficiary: The Export-Import Bank of China EIBCCNBJ ROUT<br>Intermediary Bank of China ACC 80019048023038 BKCHCNBJ<br>Demurrage EIO16901 |
| Charges | Both |
| Total Indicative Debit Amount | USD 312,009.00 |

Authorization Details

| **Transaction** | **Amount** | **Payment Rule** | **Signature Set** |
|---|---|---|---|
| Tele Transfer | USD 312,009.00 | SINGLE | SINGLE |

Authorization Tracker – (Routing Method = RANDOM)

| **Group Name** | **Role** | **Status** | **User Id** | **Date/Time** | **Comments** |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-NITC | 20-oct-2015 :12:01 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-NITC | 20-oct-2015 :12:03 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-NITC | 20-oct-2015 :12:22 | - |

**Payment is done.**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran
Tel: +98-21-88 94 5013- +98-21-88 94 0351
Fax: +98-21-88940302- +98-21-88 94 6074
Email: crude-operation@nioc-intl.ir
Web: www.nioc-intl.ir

National Iranian Oil Company
International Affairs

*Date:* 21/05/2014

*No.:* EIO - 13429

**To :** NITC Financial Director,
**CC :** NIOC International - Affairs Financial Director,
**CC :** NIOC International - Affairs Financial Manager,

View Transaction Details – Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 15-05-2014 |
| Value Date | 16-05-2014 |
| System Reference | NONE PROVIDED |
| Transaction Reference | Credit |
| Credit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LTD |
| Special Instructions | Beneficiary: The Export - Import Bank of China EIBCCNBJ VIA Intermediary Bank of China ACC 80019048023038 BKCHCNBJ Demurrage EIO13429 |
| Charges | Both |
| Total Indicative Debit Amount | USD 127,975.50 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 127,975.50 | SINGLE | SINGLE |

Authorization Tracker – (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-NITC | 15-may-2014 :11:07 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-NITC | 15-may-2014 :11:12 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-NITC | 15-may-2014 :11:53 | - |

**Payment is done.**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran
Tel: +98-21-88 94 5013- +98-21-88 94 0351
Fax: +98-21-88940302- +98-21-88 94 6074
Email: crude-operation@nioc-intl.ir
Web: www.nioc-intl.ir