NITC

# Invoice Status Report

**National Iranian Tanker Company**

**Report Date:** 2015/02/02 03:32 ب.ظ

| Row | Invoice Type | Invoice No | Vessel | Charterer | Broker | Hire Amount Per Day(USD) | Recap Date | Currency Amount | Abb. | Currency Convert Date | USD Amount | Invoice Date | Payment Due Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CLASS-BUREAU VERITAS | 201400351 | FAXON | NIOC | | 0 | 15/04/2014 | 17,200.00 | AED | 2014/12/11 | 4,681.80 | 2014/12/04 | 11/12/2014 | Financial Approve d |
| 2 | CLASS-BUREAU VERITAS | 201400356 | FAZEL | NIOPDC | | 0 | 22/05/2014 | 33,520.00 | AED | | 9,125.00 | 2014/12/08 | 15/12/2014 | Approve d |
| 3 | CLASS-BUREAU VERITAS | 201400361 | FOREST | FAN AVARAN PCC | | 0 | 04/06/2014 | 41,000.00 | AED | | 11,162.00 | 2014/12/11 | 22/12/2014 | Approve d |

**Total USD Amount :** **24,968.80**

NITC

# Vessels Daily Report

02 Dec 2014 02:00



National Iranian Tanker Company

| Row | Vessel Name | Recap Info | Vessel Capacity M/T | Cargo | Vessel Current Status | Loading Port | Dicharge Port | Latest Status Date | Bunker R.O.B L.S.F.O | H.F.O | D.O | M.G.O | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FAXON-FALCON-ELEGANCE-SOFIA-FARAZ | Time Charter 07/2014 ZAGROS PETROCHEMICAL COMPANY | 35,118 | 0 MT -METHANOL | Enroute To Load Port | Kharg | | 02/12/2014 | | 733.80 | 85.00 | 0 | ETA Singapour wl be on 10/12/2014 at 1600 hlt<br>ETA Galle /12/2014<br>TO EMBARK SECURITY TEAM<br>ETA FORUR /12/2014<br>TO DISEMBARK SECURITY TEAM<br>ETA Assalouyeh 24/12/2014<br>ETA<br>-<br>VSL COMMENCED 2 YEARS TIME C/P WITH ZAGROS PETROCHEMICAL COMPANY DELIVERY AT CHABAHAR 1042 HRS ON 14.05.2012,OWNERA HAVE AN OPTION TO EXTEND TIME C/P FOR 1+1+1 YEAR.<br>HFO:1171.7 MT D.O:111.0 MT<br><br>TECH SCHEDULE: VSL IS TO DO VOYAGE REPAIR IN JUL 2014.<br><br>25,000 |
| 2 | FAZEL | Time Charter 36/2014 N.I.O.P.D.C | 35,155 | | Enroute To Load Port | Bandar Mahshahr | | 01/12/2014 | | 528.00 | 43.00 | 0 | ETA Khowr Musa wl be on 03/12/2014 at 0500 hlt.<br>ETB ------------ /12/2014<br>ETC Lodg /12/2014<br>ETD ----------- /12/2014<br>-<br>ETA ----------- /12/2014<br><br>------------------------------<br>VSL is being OFFHIRED on 01/11/2014(1130 hlt) & (0830 GMT Bushehr.<br><br>HFO:702.28 MT.<br>DO : 94.187 MT.<br>------------------------------<br>VSL is being ON HIRED on 01/12/2014(1630 hlt) & (1230 GMT) Dubai.<br><br>HFO:545 MT.<br>DO:43 MT.<br>------------------------------------------------------------<br>VSL COMMENCED TIME C/P WITH NIOPDC AT ASALOUY AT 1400 HRS ON 27.01.2013<br>HFO:611.0 MT MT D.O:76.6 MT<br><br>TECH SCHEDULE: VSL IS TO DO VOYAGE REPAIR IN MA' 2014.<br><br>25000 |
| 3 | FOREST-FIANGA-MAESTRO-SATEEN-FAEZ | Time Charter 09/2014 FAN AVARAN PETROCHEMICAL CO. | 35,155 | 0 MT -METHANOL | Awaiting For De-Slopping | BIK | | 28/11/2014 | | 745.50 | 69.00 | 0 | Arvd Zhoushuan on 28/11/2014 at 0830 hlt.<br>ET of comnce Repair wl be on /12/2014<br>ETD Zhoushuan /01/2015<br>ETA Singapour /01/2015<br>-<br>ETA GALLE /01/2015<br>TO EMBARK SECURITY TEAM<br>ETA FORUR /01/2015<br>TO DISEMBARK SECURITY TEAM<br>ETA BIK /01/2015<br>------------------------------------------------------------<br>VSL COMMENCE 2 YEAR TIME C/P WITH FAN AVARAN PETROCHEMICAL WITH DELIVERY AT B.ABBAS AT 1306 HRS ON 08/06/2012,OWNERS HAVE OPTION TO EXTEND TIME C/P FOR 1+1+1 YEAR.<br>HFO:923 MT G.O:28 MT<br><br>TECH SCHEDULE: VSL IS TO DO VOYAGE REPAIR IN OCT 2014.<br><br>25000 |

# Invoice Status Report

**National Iranian Tanker Company**

**Report Date:** 2016/02/08 05:12 ب.ظ

| Row | Invoice Type | Invoice No | Vessel | Charterer | Broker | Hire Amount Per Day(USD) | Recap Date | Currency Amount | Abb. | Currency Convert Date | USD Amount | Invoice Date | Payment Due Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CLASS-BUREAU VERITAS | 201500440 | FAXON | NIOC | | 0 | 16/04/2015 | 25,850.00 | AED | 2015/12/14 | 7,037.00 | 2015/12/07 | 14/12/2015 | Financial Approved |
| 2 | CLASS-BUREAU VERITAS | 201500443 | FAZEL | NIOPDC | | 0 | 25/05/2015 | 47,955.00 | AED | | 13,055.00 | 2015/12/10 | 17/12/2015 | Approved |
| 3 | CLASS-BUREAU VERITAS | 201500447 | FOREST | NIOC | | 0 | 29/06/2015 | 38,050.00 | AED | | 10,354.00 | 2015/12/15 | 21/12/2015 | Approved |

**Total USD Amount :** 30,446.00

NITC

National Iranian Tanker Company

# Vessels Daily Report

02 Dec 2014 02:00



| Row | Vessel Name | Recap Info | Vessel Capacity M/T | Cargo | Vessel Current Status | Loading Port | Dicharge Port | Latest Status Date | Bunker R.O.B L.S.F.O | H.F.O | D.O | M.G.O | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FAXON-FALCON-ELEGANCE-SOFIA-FARAZ | Time Charter 07/2014 ZAGROS PETROCHEMICAL COMPANY | 35,118 | 0 MT -METHANOL | Enroute To Load Port | Kharg | | 02/12/2014 | | 733.80 | 85.00 | 0 | ETA Singapour wl be on 10/12/2014 at 1600 hlt<br>ETA Galle /12/2014<br>TO EMBARK SECURITY TEAM<br>ETA FORUR /12/2014<br>TO DISEMBARK SECURITY TEAM<br>ETA Assalouyeh 24/12/2014<br>ETA<br>-<br>VSL COMMENCED 2 YEARS TIME C/P WITH ZAGROS PETROCHEMICAL COMPANY DELIVERY AT CHABAHAR 1042 HRS ON 14.05.2012,OWNERA HAVE AN OPTION TO EXTEND TIME C/P FOR 1+1+1 YEAR.<br>HFO:1171.7 MT D.O:111.0 MT<br>TECH SCHEDULE: VSL IS TO DO VOYAGE REPAIR IN JUL 2014.<br>25,000 |
| 2 | FAZEL | Time Charter 36/2014 N.I.O.P.D.C | 35,155 | | Enroute To Load Port | Bandar Mahshahr | | 01/12/2014 | | 528.00 | 43.00 | 0 | ETA Khowr Musa wl be on 03/12/2014 at 0500 hlt.<br>ETB ------------ /12/2014<br>ETC Lodg /12/2014<br>ETD ----------- /12/2014<br>-<br>ETA ----------- /12/2014<br>----------------------------<br>VSL is being OFFHIRED on 01/11/2014(1130 hlt) & (0830 GMT Bushehr.<br>HFO:702.28 MT.<br>DO : 94.187 MT.<br>----------------------------<br>VSL is being ON HIRED on 01/12/2014(1630 hlt) & (1230 GMT Dubai.<br>HFO:545 MT.<br>DO:43 MT.<br>----------------------------<br>VSL COMMENCED TIME C/P WITH NIOPDC AT ASALOUY AT 1400 HRS ON 27.01.2013<br>HFO:611.0 MT MT D.O:76.6 MT<br>TECH SCHEDULE: VSL IS TO DO VOYAGE REPAIR IN MA 2014.<br>25000 |
| 3 | FOREST-FIANGA-MAESTRO-SATEEN-FAEZ | Time Charter 09/2014 FAN AVARAN PETROCHEMICAL CO. | 35,155 | 0 MT -METHANOL | Awaiting For De-Slopping | BIK | | 28/11/2014 | | 745.50 | 69.00 | 0 | Arvd Zhoushuan on 28/11/2014 at 0830 hlt.<br>ET of comnce Repair wl be on /12/2014<br>ETD Zhoushuan /01/2015<br>ETA Singapour /01/2015<br>-<br>ETA GALLE /01/2015<br>TO EMBARK SECURITY TEAM<br>ETA FORUR /01/2015<br>TO DISEMBARK SECURITY TEAM<br>ETA BIK /01/2015<br>----------------------------<br>VSL COMMENCE 2 YEAR TIME C/P WITH FAN AVARAN PETROCHEMICAL WITH DELIVERY AT B.ABBAS AT 1306 HRS ON 08/06/2012,OWNERS HAVE OPTION TO EXTEND TIME C/P FOR 1+1+1 YEAR.<br>HFO:923 MT G.O:28 MT<br>TECH SCHEDULE: VSL IS TO DO VOYAGE REPAIR IN OCT 2014.<br>25000 |

**National Iranian Oil Company**
**International Affairs**

***Date:*** *14/12/2014*

***No.:*** *ALP - 00288*

**To:** NIOC International - Affairs Financial Director,
**CC :** NITC Financial Director,
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD,

| View Transaction Details - Telegraphic Transfer | |
|---|---|
| Transaction Date | 10-12-2014 |
| Value Date | 11-12-2014 |
| System Reference | F12*********05 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED |
| Special Instructions | Beneficiary: Bureau Veritas - HSBC BBMEAEAD AC 021027305100 - BV Invoice No. 201400351 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 4,681.80 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 4,681.80 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 10-dec-2014 :16:25 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 10-dec-2014 :16:28 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 10-dec-2014 :17:12 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran**
**Tel: +98-21-88 94 5013- +98-21-88 94 0351**
**Fax: +98-21-88940302- +98-21-88 94 6074**
**Email: crude-operation@nioc-intl.ir**
**Web: www.nioc-intl.ir**

National Iranian Oil Company
International Affairs

*Date: 16/12/2015*

*No.: ALP - 00204*

**To:** NIOC International - Affairs Financial Director,
**CC :** NITC Financial Director,
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD,

View Transaction Details - Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 14-12-2015 |
| Value Date | 14-12-2015 |
| System Reference | F123*******103 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED |
| Special Instructions | Beneficiary: Bureau Veritas, HSBC BBMEAEAD AC /021027305100 - BV Invoice No.201500440 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 7,037.00 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 7,037.00 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 14-dec-2015 :09:38 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 14-dec-2015 :09:44 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 14-dec-2015 :10:21 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran**
**Tel: +98-21-88 94 5013- +98-21-88 94 0351**
**Fax: +98-21-88940302- +98-21-88 94 6074**
**Email: crude-operation@nioc-intl.ir**
**Web: www.nioc-intl.ir**

**National Iranian Oil Company**
**International Affairs**

*Date:* *24/12/2015*

*No.:* *ALP - 00210*

To: NIOC International - Affairs Financial Director,
CC : NITC Financial Director,
CC : Alp Shipping Enterprise Limited - NITC Sharjah MD,

View Transaction Details - Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 21-12-2015 |
| Value Date | 21-12-2015 |
| System Reference | F124*******107 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED |
| Special Instructions | Beneficiary: Bureau Veritas, HSBC BBMEAEAD AC /021027305100 - BV Invoice No.201500447 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 10,354.00 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 10,354.00 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 21-dec-2015 :10:02 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 21-dec-2015 :10:04 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 21-dec-2015 :10:31 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran**
**Tel: +98-21-88 94 5013- +98-21-88 94 0351**
**Fax: +98-21-88940302- +98-21-88 94 6074**
**Email: crude-operation@nioc-intl.ir**
**Web: www.nioc-intl.ir**

National Iranian Oil Company
International Affairs

**Date:** *14/11/2016*

**No.:** *ALP - 00198*

**To:** NIOC International - Affairs Financial Director,
**CC :** NITC Financial Director,
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD,

| | |
|---|---|
| View Transaction Details - Telegraphic Transfer | |
| Transaction Date | 10-11-2016 |
| Value Date | 10-11-2016 |
| System Reference | F13*********07 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED |
| Special Instructions | Beneficiary: Bureau Veritas - HSBC BBMEAEAD AC 021027305100 - BV Invoice No. 201600315 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 11,350.00 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 11,350.00 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 10-nov-2016 :11:05 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 10-nov-2016 :11:09 | - |
| TRANSACTION Controller | Trn. Controller | Approved | ALP-BV | 10-nov-2016 :11:31 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

National Iranian Oil Company
International Affairs

**Date:** *15/12/2016*

**No.:** *ALP - 00217*

**To:** NIOC International - Affairs Financial Director,
**CC :** NITC Financial Director,
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD,

View Transaction Details - Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 12-12-2016 |
| Value Date | 12-12-2016 |
| System Reference | F12*********01 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED |
| Special Instructions | Beneficiary: Bureau Veritas - HSBC BBMEAEAD AC 021027305100 - BV Invoice No. 201600401 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 17,410.21 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 17,410.21 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 12-dec-2016 :10:11 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 12-dec-2016 :10:14 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 12-dec-2016 :10:52 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran**
**Tel: +98-21-88 94 5013- +98-21-88 94 0351**
**Fax: +98-21-88940302- +98-21-88 94 6074**
**Email: crude-operation@nioc-intl.ir**
**Web: www.nioc-intl.ir**

National Iranian Oil Company
International Affairs

**Date:** *12/06/2017*

**No.:** *ALP - 00104*

**To :** NIOC International - Affairs Financial Director.
**CC :** NITC Financial Director.
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD.

View Transaction Details - Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 07-06-2017 |
| Value Date | 08-06-2017 |
| System Reference | F12*********04 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED. |
| Special Instructions | Beneficiary: Bureau Veritas-HSBC BBMEAEAD<br>A/C 021027305100-BV Invoice No.201700185 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 12,971.33 |

Authorization Details

| **Transaction** | **Amount** | **Payment Rule** | **Signature Set** |
|---|---|---|---|
| Tele Transfer | USD 12,971.33 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| **Group Name** | **Role** | **Status** | **User Id** | **Date/Time** | **Comments** |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 07-june-2017 :15:55 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 07-june-2017 :16:03 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 07-june-2017 :16:39 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add:** NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran
**Tel:** +98-21-88 94 5013- +98-21-88 94 0351
**Fax:** +98-21-88940302- +98-21-88 94 6074
**Email:** crude-operation@nioc-intl.ir
**Web:** www.nioc-intl.ir

**National Iranian Oil Company**
**International Affairs**

***Date:*** *29/06/2017*

***No.:*** *ALP - 00112*

**To :** NIOC International - Affairs Financial Director.
**CC :** NITC Financial Director.
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD.

| View Transaction Details - Telegraphic Transfer | |
|---|---|
| Transaction Date | 26-06-2017 |
| Value Date | 26-06-2017 |
| System Reference | F132*******103 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED. |
| Special Instructions | Beneficiary: Bureau Veritas - HSBC BBMEAEAD<br>A/C 021027305100 - BV Invoice No.201700197 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 14,199.53 |

Authorization Details

| **Transaction** | **Amount** | **Payment Rule** | **Signature Set** |
|---|---|---|---|
| Tele Transfer | USD 14,199.53 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| **Group Name** | **Role** | **Status** | **User Id** | **Date/Time** | **Comments** |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 26-june-2017 :11:01 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 26-june-2017 :11:04 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 26-june-2017 :11:40 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran**
**Tel: +98-21-88 94 5013- +98-21-88 94 0351**
**Fax: +98-21-88940302- +98-21-88 94 6074**
**Email: crude-operation@nioc-intl.ir**
**Web: www.nioc-intl.ir**

National Iranian Oil Company
International Affairs

*Date:* *14/06/2018*

*No.:* *ALP - 00137*

**To :** NIOC International - Affairs Financial Director,
**CC :** NITC Financial Director,
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD,

View Transaction Details - Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 11-06-2018 |
| Value Date | 11-06-2018 |
| System Reference | F13********109 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED. |
| Special Instructions | Beneficiary: Bureau Veritas HSBC BBMEAEAD AC 021027305100 BV Invoice No.201800171 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 13,152.41 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 13,152.41 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 11-june-2018 :10:45 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 11-june-2018 :10:49 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 11-june-2018 :11:21 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran**
**Tel: +98-21-88 94 5013- +98-21-88 94 0351**
**Fax: +98-21-88940302- +98-21-88 94 6074**
**Email: crude-operation@nioc-intl.ir**
**Web: www.nioc-intl.ir**

**National Iranian Oil Company**
**International Affairs**

*Date: 29/11/2018*

*No.: ALP - 00309*

**To :** NIOC International - Affairs Financial Director,
**CC :** NITC Financial Director,
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD,

| | |
|---|---|
| View Transaction Details - Telegraphic Transfer | |
| Transaction Date | 26-11-2018 |
| Value Date | 26-11-2018 |
| System Reference | F12********101 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED |
| Special Instructions | Beneficiary: Bureau Veritas - HSBC BBMEAEAD AC 021027305100 - BV Invoice No.201800311 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 15,391.10 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 15,391.10 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 26-nov-2018 :10:03 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 26-nov-2018 :10:08 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 26-nov-2018 :10:36 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran**
**Tel: +98-21-88 94 5013- +98-21-88 94 0351**
**Fax: +98-21-88940302- +98-21-88 94 6074**
**Email: crude-operation@nioc-intl.ir**
**Web: www.nioc-intl.ir**

National Iranian Oil Company
International Affairs

*Date:* *18/07/2019*

*No.:* *ALP - 00217*

**To :** NIOC International - Affairs Financial Director,
**CC :** NITC Financial Director,
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD,

View Transaction Details - Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 15-07-2019 |
| Value Date | 16-07-2019 |
| System Reference | F13*********07 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED |
| Special Instructions | Beneficiary: Bureau Veritas-HSBC BBMEAEAD A/C 021027305100-BV Invoice No.201900215 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 28,285.12 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 28,285.12 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 15-july-2019 :16:27 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 15-july-2019 :16:33 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 15-july-2019 :17:01 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran**
**Tel: +98-21-88 94 5013- +98-21-88 94 0351**
**Fax: +98-21-88940302- +98-21-88 94 6074**
**Email: crude-operation@nioc-intl.ir**
**Web: www.nioc-intl.ir**

**National Iranian Oil Company**
**International Affairs**

**Date:** *02/12/2019*

**No.:** *ALP - 00392*

**To :** NIOC International - Affairs Financial Director,
**CC :** NITC Financial Director,
**CC :** Alp Shipping Enterprise Limited - NITC Sharjah MD,

View Transaction Details - Telegraphic Transfer

| | |
|---|---|
| Transaction Date | 27-11-2019 |
| Value Date | 27-11-2019 |
| System Reference | F10********205 |
| Transaction Reference | Debit |
| Debit Account | 1360000100000731109 |
| Account Name | ALP SHIPPING ENTERPRISE LIMITED |
| Special Instructions | Beneficiary: Bureau Veritas - HSBC BBMEAEAD A/C 021027305100 -BV Invoice No.201900444 |
| Charges | OUR |
| Total Indicative Credit Amount | USD 31,779.27 |

Authorization Details

| Transaction | Amount | Payment Rule | Signature Set |
|---|---|---|---|
| Tele Transfer | USD 31,779.27 | SINGLE | SINGLE |

Authorization Tracker - (Routing Method = RANDOM)

| Group Name | Role | Status | User Id | Date/Time | Comments |
|---|---|---|---|---|---|
| MAKER AUTHORIZER | Maker Authorizer | Submitted | ALP-BV | 27-nov-2019 :09:33 | - |
| MAKER AUTHORIZER | Maker Authorizer | Approved | ALP-BV | 27-nov-2019 :09:38 | - |
| TRANSACTION Controller | Tm. Controller | Approved | ALP-BV | 27-nov-2019 :10:17 | - |

**Confirmation of Payment**

Best Regards,
**NIOC International - Affairs Crude Oil Export Operation Div.**

**Add: NIOC Crude Oil Export Operation Div., 12th Floor, Taleghani Ave., Central Building of NIOC, Tehran, Iran**
**Tel: +98-21-88 94 5013- +98-21-88 94 0351**
**Fax: +98-21-88940302- +98-21-88 94 6074**
**Email: crude-operation@nioc-intl.ir**
**Web: www.nioc-intl.ir**