UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdollahi, et al. v. National Iranian Tanker Co., et al.
Civil Action No. 1:19-cv-03688-ABJ

# EXHIBIT HS-1

## to the Supplemental Declaration of Ali Herischi, Esq.

Service and default records (February – July 2020)

Contents:

1. Returns of service on National Iranian Tanker Co., Ali Rabiei and Alaeddin Boroujerdi, Tehran, 17 and 23 February 2020 (ECF No. 4, filed 20 April 2020)
2. Plaintiffs' Request for Entry of Default, 30 April 2020
3. Declaration of Ali Herischi in Support of Request for Entry of Default, 30 April 2020
4. Clerk's Entry of Default against National Iranian Tanker Co., 3 May 2020 (ECF No. 7)
5. Clerk's Entry of Default against Ali Rabiei and Alaeddin Boroujerdi, 22 July 2020 (ECF No. 11)

**[ INSERT HERE: ECF No. 4 — RETURNS OF SERVICE ]**
**(filed 20 April 2020 — print from PACER)**

Remove this page after inserting the returns.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDOLLAH ABDOLLAHI,<br>ALIASGHAR BAHARI HASHAKVAYEE,<br>AMENEH ROKNI,<br>SIAVAH EYDI ZAMANI,<br>NILOUFAR BARDESTANI ,<br>SEYEDYEH TAHEREH MIRNASIR,<br>SEDIGHEH SAADATJOU,<br>HAMID NAJAFIFAR,<br>FATEMEH SHOJAIE,<br>MOKHTAR ROUMIANI<br><br>Plaintiffs,<br>Vs.<br><br>NATIONAL IRANIAN TANKER CO.,<br>ALI RABIEI, and<br>ALAEDDIN BOROUJERDI<br><br>Defendants. | **Case Number: 1:19-cv-3688-ABJ** |

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

Plaintiffs respectfully move the Court for the entry of default against Defendants the National Iranian Tanker Co., Ali Rabiei, and Alaeddin Boroujerdi (collectively, "Defendants"). Plaintiffs attach to this request an affidavit establishing that proper service of process has been completed upon Defendants and that Defendants failed to respond within 21 days as required by Federal Rule of Civil Procedure 4(f)(2)(A), (B), (C)(i), (C)(ii), and (f)(3). Pursuant to Federal Rule of Civil Procedure 55(a), the entry of default against Defendants is required. Plaintiffs intend to file a motion for a default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) within 60 days of the Clerk's entry of default.

Dated: April 30, 2020

Respectfully submitted,

__________/s/_____________

Ali Herischi, Esq. (MD0024)
Herischi & Associates LLC
7201 Wisconsin Ave., Suite 450
Bethesda, Maryland 20814
Phone: 301-363-4540
Fax: 301-363-4538
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDOLLAH ABDOLLAHI,<br>ALIASGHAR BAHARI HASHAKVAYEE,<br>AMENEH ROKNI,<br>SIAVAH EYDI ZAMANI,<br>NILOUFAR BARDESTANI,<br>SEYEDYEH TAHEREH MIRNASIR,<br>SEDIGHEH SAADATJOU,<br>HAMID NAJAFIFAR,<br>FATEMEH SHOJAIE,<br>MOKHTAR ROUMIANI<br><br>Plaintiffs,<br>Vs.<br><br>NATIONAL IRANIAN TANKER CO.,<br>ALI RABIEI, and<br>ALAEDDIN BOROUJERDI<br><br>Defendants. | **Case Number: 1:19-cv-3688-ABJ** |

**DECLARATION OF ALI HERISCHI**
**IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Ali Herischi, declare pursuant to 28 U.S.C. § 1746:

1. I am the counsel for all Plaintiffs in the above-captioned action.
2. As stated in the returned Summons filed on April 20, 2020 (Docket. #4), Defendants were served with copy of the Complaint under Federal Rule Civil Procedure 4(f)(2) and 4(f)(3).
3. National Iranian Tanker Co. is a private company, and other two individual Defendants were sued in personal capacity.

4. ALAEDIN BOROUJERDI served on 2/17/2020, answer due 3/9/2020; NATIONAL IRANIAN TANKER COMPANY served on 2/17/2020, answer due 3/9/2020; ALI RABIEI served on 2/23/2020, answer due 3/15/2020.
5. As of the date of this Declaration, neither Defendant has entered an appearance in this case, answered the Complaint, or filed any responsive pleading.
6. The latest deadline for a response from the Defendants was March 15, 2020. The time to respond to the Complaint has not been extended or otherwise modified.
7. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on April 30, 2020.

Respectfully submitted,

__________/s/_____________

Ali Herischi, Esq. (MD0024)
Herischi & Associates LLC
7201 Wisconsin Ave., Suite 450
Bethesda, Maryland 20814
Phone: 301-363-4540
Fax: 301-363-4538
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ABDOLLAH ABDOLLAHI et al

Plaintiff(s)

Civil Action: 19-cv-03688-ABJ

v.

NATIONAL IRANIAN TANKER COMPANY et al

Defendant(s)

**RE:** NATIONAL IRANIAN TANKER COMPANY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 02/17/2020, and an affidavit on behalf of the plaintiff having been filed, it is this 3rd day of May, 2020 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk

Case 1:19-cv-03688-ABJ Document 11-5 Filed 07/22/20 Page 8 of 8

Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ABDOLLAH ABDOLLAHI, et al

Plaintiff(s)

Civil Action: 19-cv-03688-ABJ

v.

NATIONAL IRANIAN TANKER COMPANY et al

Defendant(s)

**RE:** ALAEDIN BOROUJERDI & ALI RABIEI

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on MArch 09, 2020 , and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of July, 2020 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk