UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdollahi, et al. v. National Iranian Tanker Co., et al.
Civil Action No. 1:19-cv-03688-ABJ

# EXHIBIT HS-2

## to the Supplemental Declaration of Ali Herischi, Esq.

Maltese corporate registry records for ALP Shipping Enterprise Limited and National Iranian Tanker Company Private Joint Stock

Printouts made 30 September 2026 from the ICIJ Offshore Leaks Database (Paradise Papers – Malta corporate registry, data current through 2016):

1. Alp Shipping Enterprise Limited — https://offshoreleaks.icij.org/nodes/55039616 (4 pages) (incorporated 24 November 2008; shareholders: National Iranian Tanker Company Private Joint Stock and Alireza Esfandiari; registered office 85 St. John Street, Valletta)
2. National Iranian Tanker Company Private Joint Stock — https://offshoreleaks.icij.org/nodes/56046928 (pages 1–2 of 7; the remaining pages are the site's standard footer and are omitted) (shareholder of Alp Shipping Enterprise Limited, Asan Shipping Enterprise Limited and Mega Shipping Enterprise Limited; address Shahid Atefi St., Africa Ave., Tehran)

INTERNATIONAL CONSORTIUM OF INVESTIGATIVE JOURNALISTS

- Home
- About
- About the database Data sources How to use this database Download Rest API Schema Reconciliation API Credits Contact us
- Download Support Us

# Offshore Leaks Database

Find out who's behind more than 810,000 offshore companies, foundations and trusts.

Search

Data from
Paradise Papers - Malta corporate registry
Entity:

# Alp Shipping Enterprise Limited

- Registered in:
  Malta
- Linked countries:
  Malta
- Search in:
  opencorporates

Malta corporate registry data is current through 2016
read more

- Incorporated:
  24-NOV-2008

## Officer (3)

| | Role | From | To | Data From |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| NATIONAL IRANIAN TANKER COMPANY PRIVATE JOINT STOCK | Shareholder | - | - | Paradise Papers |
| ALIREZA ESFANDIARI | Shareholder | - | - | Paradise Papers |
| ALIREZA ESFANDIARI | Legal representative | - | - | Paradise Papers |
| ALIREZA ESFANDIARI | Judicial representative | - | - | Paradise Papers |
| ALIREZA ESFANDIARI | Director | - | - | Paradise Papers |
| SHAHRYAR SASANIAN | Legal representative | - | - | Paradise Papers |
| SHAHRYAR SASANIAN | Judicial representative | - | - | Paradise Papers |
| SHAHRYAR SASANIAN | Director | - | - | Paradise Papers |

## Address (1)

| | Data From |
|---|---|
| 85, ST. JOHN STREET, VALLETTAVLT 1165, MALTA | Paradise Papers |

### Explore more from

Paradise Papers

## Get our stories in your inbox

Sign up

## How to download this database

The ICIJ Offshore Leaks Database is licensed under the Open Database License and contents under Creative Commons Attribution-ShareAlike license. Always cite the International Consortium of Investigative Journalists when using this data. You can download a raw copy of the database here.

Download data

#### Do you need help with your search?

- FAQ
- How to use this database

- Data sources

## Get our stories in your inbox

Sign up

## About the data in the ICIJ Offshore Leaks database

This ICIJ database contains information on more than 810,000 offshore entities that are part of the Pandora Papers, Paradise Papers, Bahamas Leaks, Panama Papers and Offshore Leaks investigations. The records cover more than 80 years up to 2020 and link to people and companies in more than 200 countries and territories.

Read more

## Support us

We depend on the generous support of readers like you to help us expose corruption and hold the powerful to account

Donate

There are legitimate uses for offshore companies and trusts. The inclusion of a person or entity in the ICIJ Offshore Leaks Database is not intended to suggest or imply that they have engaged in illegal or improper conduct. Many people and entities have the same or similar names. We suggest you confirm the identities of any individuals or entities included in the database based on addresses or other identifiable information. The data comes directly from the leaked files ICIJ has received in connection with various investigations and each dataset encompasses a defined time period specified in the database. Some information may have changed over time. Please contact us if you find an error in the database.

There are legitimate uses for offshore companies and trusts. Read more

INTERNATIONAL CONSORTIUM OF INVESTIGATIVE JOURNALISTS

1730 Rhode Island Ave NW, Suite 317
Washington, D.C. 20036 USA

**contact@icij.org**

#### Investigations

- The Uber Files

- Russia Archive
- The Ericsson List
- Pandora Papers
- FinCEN Files
- More investigations

**Follow us**

- Facebook
- LinkedIn
- Twitter
- Instagram
- Sign-up

**© 2026 — The International Consortium of Investigative Journalists.** All rights reserved

INTERNATIONAL CONSORTIUM OF INVESTIGATIVE JOURNALISTS

- Home
- About
- About the Data / Data Sources / How to use / Download / Read API / Lab Series / Reconcile
- API / Credits / Contact us
- Download / Support Us

# Offshore Leaks Database

Find out who's behind more than 810,000 offshore companies, foundations

Search the full Offshore Leaks da

Search

Data from
Paradise Papers - Malta corporate registry

## This data is public

We need your support to keep it that way.

Donate

Make a donation to keep it free, open and acce

Officer:

# NATIONAL IRANIAN TANKER COMPANY PRIVATE JOINT STOCK

- Linked countries: Iran
- Search in: opencorporates

Malta corporate registry data is current throu
read more

## Connections:

Link | Node

## Entity (3)




| | Role | From | To | Incorporation | Jurisdiction | Status | Data From |
|---|---|---|---|---|---|---|---|
| Alp Shipping [illegible] | shareholder | | | 24-NOV-2008 | Malta | - | Paradise Papers |
| ASAN SHIPPING [illegible] LIMITED | shareholder | | | 07-APR-2008 | Malta | - | Paradise Papers |
| MEGASHIPPING E[illegible]RISE LIMITED | shareholder | | | 28-NOV-[illegible] | [illegible] | - | Paradise Papers |

## Address (1)

| | Data From |
|---|---|
| SHAHID ATEFI ST, AFRICA AVE, TEHRAN [illegible] | [illegible] Papers |

Explore more from

Paradise Papers

## Get our stor[illegible]ox

Enter your email

Sign up

players

Explore the offshore connections of world leaders, pol

- Pandora Papers
- Paradise Papers
- Panama Papers