IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDOLLAH ABDOLLAHI, et al.,
Plaintiffs,
v. Case No. 1:19-cv-03688-ABJ
NATIONAL IRANIAN TANKER COMPANY,
ALI RABIEI, and ALAEDDIN BOROUJERDI,
Defendants.

---

# EXHIBIT HS-4

to the Supplemental Declaration of Ali Herischi, Esq.

**Civil Liability Act of the Islamic Republic of Iran (Act of 7 Ordibehesht 1339 / 27 April 1960), Article 1**

Farsi text and certified English translation

**A. Farsi text (official text as published by the Islamic Consultative Assembly Research Center, rc.majlis.ir)**

**قانون مسئولیت مدنی**

مصوب ۷ اردیبهشت ۱۳۳۹

ماده ۱ – هر کس بدون مجوز قانونی عمداً یا در نتیجه بی‌احتیاطی به جان یا سلامتی یا مال یا آزادی یا حیثیت یا شهرت تجارتی یا به هر حق دیگری که به موجب قانون برای افراد ایجاد گردیده لطمه‌ای وارد نماید که موجب ضرر مادی یا معنوی دیگری شود مسئول جبران خسارت ناشی از عمل خود می‌باشد.

**B. English translation**

**Civil Liability Act**

Enacted 7 Ordibehesht 1339 [27 April 1960]

**Article 1 –** Any person who, without legal authority, intentionally or as a result of carelessness causes injury to the life, health, property, liberty, dignity, commercial reputation, or any other right that the law has created for individuals, so as to cause material or moral loss to another, is liable to compensate the damage resulting from his act.

*Translator's note: "bi-ehtiyāti" (□□□□□□□□□) is rendered "carelessness"; it is the term used in Iranian law for negligence. "Zarar-e ma'navi" (□□□□□ □□□) is rendered "moral loss," the conventional English equivalent for non-pecuniary injury, including injury to feelings, dignity and reputation.*

**CERTIFICATE OF TRANSLATION**

I, Mohammad Parandi, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of eighteen and competent to make this declaration. I make it of my own personal knowledge.
2. I am fluent and literate in both the Farsi (Persian) and English languages and am competent to translate between them. My qualifications are as follows: ______________________________________________.
3. I have compared the foregoing English translation with the Farsi text of Article 1 of the Civil Liability Act of Iran (enacted 7 Ordibehesht 1339 / 27 April 1960) set out above, which I have verified against the text published by the Research Center of the Islamic Consultative Assembly.
4. The foregoing is, to the best of my knowledge and ability, a true, complete and accurate English translation of that Farsi text.
5. I have no interest in the outcome of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/29/2026__________, at ___Germantown, MD______.

______________________________________

Mohammad Parandi, Translator
Address: _Germantown, MD 20878__
Telephone / Email: _ 571-296-5660. Mparandi@a3legal.com