# قرارداد پیمان جمعی

# ۲۰۱۷

**انجمن صنفی کارگری دریانوردان تجاری ایران – شرکت ملی نفتکش ایران**

تاریخ: 2016.12.31
شماره: 13,579



NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

# قرارداد پیمان جمعی
## سال ۲۰۱۷ میلادی

**ماده ۱: تعاریف**

۱,۱ "پیمان جمعی" توافقنامه حاضراست که شرایط کلی بکارگیری، کار و زندگی، و امور رفاهی دریانوردان بر روی کشتی را تبیین میکند.

۱,۲ "دریانورد" شخصی است که به موجب "قرارداد کار دریانورد" و درچارچوب این پیمان جمعی و با سمت مشخص جهت کار بر روی کشتی گمارده می شود.

۱,۳ "کشتی" شناوری است که دریانورد به موجب "قرارداد کار دریانورد" توسط شرکت بر روی آن به کار گمارده می شود.

۱,۴ "شرکت" به معنی مالک کشتی، یا شخص حقیقی و یا حقوقی است که کشتی را به موجب "قرارداد اجاره کامل" در اختیار داشته و یا مدیریت کشتی و یا تامین نیروی انسانی آن را از طرف مالک کشتی به عهده دارد.

۱,۵ "انجمن" کلمه اختصاری "انجمن صنفی کارگری دریانوردان تجاری ایران" است که یکی از طرفهای امضاء کننده این پیمان جمعی می باشد.

۱,۶ "قرارداد کار دریانورد" قراردادی است که بین دریانورد و شرکت منعقد می شود که شرایط بکارگیری و کار دریانورد در آن درج شده است.

۱,۷ "مقاوله نامه کار دریایی" ( MLC2006 ) مقاوله نامه ای است که در اجلاس مورخ ۲۳ فوریه ۲۰۰۶ سازمان بین المللی کار ( ILO ) به تصویب رسیده است.

۱,۸ "سازمان بین المللی کار" ( ILO ) به سازمان تحت شمول سازمان ملل متحد اشاره میکند.

۱,۹ "سازمان بین المللی دریانوردی" ( IMO ) به سازمان تحت شمول سازمان ملل متحد اشاره میکند.

۱,۱۰ "مدیریت بین المللی ایمنی" ( ISM ) یعنی آیین نامه شماره A.741(18) مصوب مجمع عمومی سازمان بین المللی دریانوردی.

۱,۱۱ " امنیت بین المللی کشتی و تسهیلات بندری" (ISPS) یعنی آیین نامه بین المللی امنیت کشتی و تسهیلات بندری مصوب مجمع عمومی سازمان بین المللی دریانوردی.

۱,۱۲ " مقاوله نامه بین المللی استانداردهای آموزش، صدور گواهینامه و نگهبانی دریانوردان" (STCW) یعنی کنوانسیون مصوب ۲۰۱۰ سازمان بین المللی دریانوردی.

۱,۱۳ *"میهن"* به معنی محل استخدام اولیه یا اقامت دریانورد می باشد که در قرارداد کار دریانورد تحت عنوان محل شروع اشتغال مشخص شده است.

۱,۱۴ *"بکارگیری"* به معنی اشتغال دریانورد بر روی کشتی است که مدت زمان آن از روز ترک میهن توسط دریانورد جهت الحاق به کشتی تا روز بازگشت وی به میهن می باشد.

۱,۱۵ " *خدمت به کشتی*" به معنی اشتغال دریانورد بر روی کشتی و همچنین تردد در خشکی با مجوز فرمانده و در چارچوب قوانین جاری و متعارف حاکم بر این پیمان خواهد بود.

۱,۱۶ "حقوق پایه" مبلغی است که بسته به "قرارداد کار دریانورد" (ریالی یا ارزی) بابت ساعات عادی کاردریانورد پرداخت می شود.

IRANIAN MERCHANT MARINERS SYNDICATE

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

**ماده ۲: کاربرد**

۲,۱ این پیمان تعیین کننده شرایط و معیارهای قابل اعمال نسبت به دریانوردان شاغل در کشتی هایی است که متعلق به شرکت می باشند و یا نیروی آن توسط شرکت تامین می شود. (طبق ضمیمه ۳)

۲,۲ این پیمان شرایط و معیارهای بکارگیری و اشتغال کلیه دریانوردان مشمول این پیمان را تبیین کرده و بخشی از اسناد بکارگیری آنان محسوب می شود صرفنظر از اینکه آن دریانوردان "قرارداد کار دریانورد" را با شرکت منعقد کرده باشند یا خیر. در صورتی که مفاد "قرارداد کار دریانورد" نسبت به مفاد این پیمان دارای مزایای مطلوبتری باشد، مفاد مربوطه "قرارداد کار دریانورد" ملاک عمل خواهند بود.

۲,۳ شرکت در راستای اهداف قانونی اتحادیه ای مطابق با مقررات سازمان بین المللی کار (ILO) با دریانورد رفتار خواهد کرد.

۲,۴ شرکت، حق دریانوردان برای انتخاب یک نماینده رابط از میان کارکنان کشتی را به رسمیت می شناسد.

۲,۵ شرکت باید روگرفت نسخه های امضاء شده فارسی و انگلیسی این پیمان را بر روی کشتی های مشمول این پیمان داشته باشد.

۲,۶ مفاد این پیمان اختیارات فرمانده کشتی را در اجرای آیین نامه بین المللی مدیریت ایمنی (ISM) و آیین نامه بین المللی امنیت کشتی و تسهیلات بندری (ISPS) محدود نمی کند.

**ماده ۳: شرایط بکار گیری**

۳,۱ دریانورد باید دارای مدارک معتبر شایستگی، مهارتی ، پزشکی و همچنین توانایی لازم برای اجرای وظایفی که برای انجام آن وظایف بکار گرفته شده است، باشد و به شایستگی در خدمت شرکت انجام وظیفه نماید. احراز صحت و اعتبار مدارک و توانایی دریانورد در بدو بکارگیری و در طول خدمت به صلاحدید و نظر شرکت می باشد.

۳,۲ شرکت حق دارد با هزینه شرکت، دریانورد متقاضی کار بر روی کشتی را ملزم به انجام "معاینات پزشکی قبل از بکارگیری" تحت نظارت پزشک معتمد خود، نماید. دریانورد موظف است به سوالات مندرج در پرسشنامه مرتبط با وضعیت سلامت خود صادقانه پاسخ دهد. در صورت عدم رعایت صداقت در پاسخگویی، دریانورد از دریافت غرامت مندرج در مواد ۱۸، ۱۹ ، ۲۰ و یا ۲۱ این پیمان محروم می گردد. یک نسخه روگرفت از نتیجه معاینات پزشکی مذکور نیز باید به دریانورد داده شود.

۳,۳ در صورتی که شرکت از خدمات مراکز تامین نیرو استفاده کند باید اطمینان حاصل نماید، که کلیه استانداردهای مندرج در مقرره ۱,۴ مقاوله نامه کار دریایی، از جمله مقررات مربوط به بکارگیری دریانورد بدون دریافت هر گونه هزینه بابت بکارگیری و روادید سفر، حق مطالعه قرارداد کار توسط دریانورد قبل از اشتغال و منع استفاده از فهرست سیاه، رعایت می گردد.

۳,۴ دریانورد ازحق داشتن یک نسخه از قرارداد کار دریانورد که با شرکت منعقد کرده است، برخوردار می باشد.

۳,۵ شرکت در پایان کار دریانورد بر روی کشتی باید گواهی مربوط به سابقه خدمت را، به وی تسلیم نماید. گواهی مذکور نباید حاکی ازکیفیت کار و یا میزان حقوق دریانورد باشد. شناسنامه دریایی دریانورد می تواند برای انجام موضوع این بند مورد استفاده قرار گیرد.

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

IRANIAN MERCHANT MARINERS SYNDICATE

**ماده ۴: انجام کارهای خارج از وظایف دریانورد**

۴,۱ شرکت مجاز به استفاده از پرسنل کشتی و یا سایر کارکنان تحت امر خود (با قرارداد دائمی یا موقت) برای انجام کارهای مرتبط با محموله و یا سایر کارهایی که به صورت سنتی و مرسوم توسط خدمه بندر و خشکی انجام میگیرد، نمی باشد. مگر اینکه قبلا موافقت اتحادیه را گرفته باشد و در صورتی که دریانورد بنا به درخواست شرکت، داوطلب انجام چنین کارهایی شود، باید زحمات وی به نحو مقتضی جبران گردد.

۴,۲ به هنگامی که کشتی در بندری قرار دارد که اختلافی فی مابین کارگران اسکله وابسته به اتحادیه کارگری با مقامات رسمی در حال وقوع است، شرکت مجاز به استفاده پرسنل کشتی و یا سایر کارکنان تحت امر خود (با قرارداد دائمی یا موقت) برای انجام کارهای جابجایی کالا و سایر کارهایی که به صورت سنتی و مرسوم توسط خدمه بندر و خشکی انجام می گیرد، با احتمال تاثیرگذاری در روند حل اختلاف آنها را ندارد. در ضمن شرکت هیچگونه اقدام تنبیهی در خصوص دریانوردانی که به خواسته کارگران اسکله احترام می گذارند، در نظر نمیگیرد و عمل قانونی دریانوردان در حمایت از کارگران اسکله به منزله نقض قرارداد کاری آنان تلقی نمیگردد، به شرطی که این روال قانونی در کشورشان معمول و قانونی باشد.

۴,۳ برای دریانوردانی که با شروط مذکور در بند ۴,۱ داوطلب انجام کار در ساعات کاری هفته شده اند مطابق با ماده ۶ این قرارداد، پرداختی آنان مطابق با ضمیمه ۱ بر اساس اضافه کاری ساعتی بعلاوه دستمزد پایه منظور می گردد. هر گونه کاری که خارج از ساعات کاری معمول هفته صورت گیرد بر اساس ۲ برابر نرخ اضافه کاری محاسبه می شود.

**ماده ۵: دوره بکارگیری**

۵,۱ مدت اشتغال دریانورد درکشتی همان مدتی می باشد که در قرارداد کار دریانورد قید می گردد و به شرح مندرج در ضمیمه ۱ این پیمان می باشد. پس از انقضای مدت تعیین شده، اشتغال دریانورد به صورت خودکار و بر اساس شرایط مندرج در این پیمان در اولین بندر توقف کشتی، خاتمه می یابد.

**ماده ۶: ساعات عادی کار و مرخصی استحقاقی**

۶,۱ ساعات عادی کار و مرخصی استحقاقی بر اساس مفاد ضمیمه ۱ این پیمان می باشد.

IRANIAN MERCHANT MARINERS SYNDICATE

NATIONAL IRANIAN TANKER CO. NITC TRANSACTION COMMITTEE

**ماده ۷: اضافه کاری**

۷,۱ دریانورد مستحق دریافت حق الزحمه بابت اضافه کاری، بر روی کشتی، منطبق با مفاد ضمیمه ۱ این پیمان می باشد.

۷,۲ مستندات مربوط به اضافه کاری دریانورد باید در دو نسخه تهیه و توسط فرمانده کشتی و یا سرپرست واحد مربوطه امضاء شود. مستندات اضافه کاری باید هرماه یا در فواصل زمانی کوتاهتر به تایید دریانورد برسد. یک نسخه از اسناد مذکور باید در پایان اشتغال دریانورد بر روی کشتی، به وی تحویل گردد.

۷,۳ کار در شرایط اضطراری که بطور مستقیم ایمنی، امنیت، مسافران، کارکنان یا محموله کشتی را تهدید می نماید و یا در شرایطی که کشتی در وضعیت امداد رسانی به سایر کشتیها یا اشخاص در معرض خطر قرار دارد و همچنین در زمان انجام تمرینات ایمنی، امنیتی و زیست محیطی، مشمول پرداخت حق الزحمه اضافه کاری نخواهد بود. تشخیص شرایط اضطراری به عهده فرمانده کشتی می باشد.

**ماده ۸: تعطیلات رسمی**

۸,۱ تعطیلات رسمی مطابق با تقویم رسمی جمهوری اسلامی ایران خواهد بود، خواه اینکه کشتی در دریا و یا در بندرباشد. چنانچه بنا به صلاحدید فرمانده دریانورد در تعطیلات رسمی به کار گمارده شود تعطیلی از دست رفته میبایست به نحو مناسبی جبران گردد.

**ماده ۹: ساعات استراحت**

۹,۱ دریانورد باید حداقل ۱۰ ساعت استراحت در هر ۲۴ ساعت و ۷۷ ساعت در هر ۷ روز متوالی داشته باشد.

۹,۲ ساعات استراحت می تواند به دو دوره زمانی مجزا تقسیم شود به شرطی که یکی از آنها حداقل ۶ ساعت متوالی بوده و فاصله میان دو دوره زمانی استراحت از ۱۴ ساعت تجاوز ننماید.

۹,۳ شرکت باید برنامه کاری کشتی در دریا و بندر و حداقل ساعات استراحت هر سمتی را، به زبان انگلیسی و زبان رایج کشتی تهیه و در محل مناسبی بر روی کشتی که در دسترس دریانورد باشد، نصب کند.

۹,۴ چنانچه در شرایط اضطراری بنا به تشخیص فرمانده، دریانورد در ساعات استراحت موظف به انجام کارگردد، می بایست در اولین فرصت بعد از بازگشت به وضعیت عادی ، ساعات استراحت وی به نحو مقتضی جبران گردد.

۹,۵ تمرینهای شرایط اضطرار و تمرینهایی که بر اساس قوانین و مقررات ملی یا ضوابط بین المللی مقرر شده اند باید به نحوی برگزار گردند که حداقل تداخل با ساعت استراحت دریانورد را داشته وموجب خستگی وی نگردد.

Tamaddon

۹,۶ نحوه تخصیص ساعات نگهبانی دریانورد در کشتی های UMS ( فاقد نگهبانی مستمرموتورخانه)، باید به نحوی انجام پذیرد که کمترین تداخل را با ساعات استراحت دریانورد داشته و موجب خستگی وی نشود. چنانچه در این راستا ساعات استراحت دریانورد کاهش یابد، باید به نحو مقتضی جبران گردد.

۹,۷ مستندات مربوط به ساعات کاری و استراحت روزانه دریانورد باید بر روی کشتی نگهداری شده و یک نسخه از آن پس از امضائ دریانورد و تایید فرمانده ویا افسر مسئول در اختیار دریانورد قرار گیرد.

NATIONAL IRANIAN TANKER CO. NITC TRANSACTION COMMITTEE

IRANIAN MERCHANT MARINE SYNDICATE

**ماده ۱۰: دستمزد**

۱۰,۱ دستمزد دریانورد نباید کمتر از ارقام مندرج در ضمیمه ۴ این پیمان باشد و صرفا کسورات قانونی، کسورات مندرج در این پیمان و سایر کسورات مورد تایید دریانورد قابل اعمال می باشند.

۱۰,۲ دستمزد دریانورد به صورت ماهیانه مطابق با مفاد "قرارداد کاردریانورد" محاسبه و پرداخت می شود و در صورت درخواست وی مساعده نیز بر روی کشتی قابل پرداخت می باشد. صورتحساب دستمزد ماهیانه دریانورد دراختیاروی قرار میگیرد.

۱۰,۳ شرکت با لحاظ قوانین و مقررات جاری مکلف است امکانات لازم برای دریانورد جهت پرداخت بخشی از دستمزد ماهیانه خود در وجه اشخاص دیگر را فراهم نماید.

۱۰,۴ هرگونه هزینه بابت خدمات مورد اشاره در بند ۱۰,۳باید متعارف باشد. بدیهی است هزینه های مترتبه در این خصوص بر عهده دریانورد است.

۱۰,۵ بخشی از دستمزد دریانوردانی که در استخدام دایم شرکت می باشند بر اساس ریال ایران پرداخت میگردد که شرکت موظف به واریز آن به حساب دریانورد به صورت ماهیانه می باشد. شرکت تضمین می نماید که این بخش از دستمزد کمتر از هزار دلار در ماه و با نرخ تبدیل ارز بر اساس اعلام بانک مرکزی جمهوری اسلامی ایران نباشد. قسمت دیگر دستمزد با ارز دلار آمریکا و بر اساس مقادیر مندرج در قرارداد کار دریانورد بر روی کشتی و به صورت ماهیانه پرداخت می گردد. شرکت تضمین می نماید مجموع مبالغ فوق الذکر کمتر از مقادیر کل جدول ضمیمه ۴ برای هر سمت نباشد.

**ماده ۱۱: فوق العاده "کمبود خدمه کشتی"**

۱۱,۱ درشرایطی که تعداد خدمه کشتی بنا به هر دلیلی کمتر از تعداد مشخص شده در جدول نیروی انسانی شرکت برای کشتی باشد، حقوق پایه دریانورد غایب باید بین خدمه ای که وظیفه وی را انجام می دهند تقسیم گردد. در هر حال شرکت نهایت سعی خود را نسبت به تامین نیروی لازم، قبل از ترک اولین بندر به کار خواهد گرفت . مفاد این ماده پرداخت حق الزحمه اضافه کاری موضوع ماده ۷ این پیمان را محدود نخواهد کرد.

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

**ماده ۱۲: تردد در مناطق شبه جنگی/ مناطق پر خطر**

۱۲,۱ شرکت می بایست فهرست به روز شده مناطق شبه جنگی/ مناطق پر خطر که توسط IBF " مجمع بین المللی پیمانهای جمعی" تعیین می گردد را در دسترس دریانوردان بر روی کشتی قراردهد.

۱۲,۲ چنانچه کشتی قصد و یا امکان تردد در مناطق شبه جنگی/ پر خطر را داشته باشد، شرکت می بایست در بدو بکارگیری، دریانورد را مطلع نماید. چنانچه چنین اطلاعاتی در زمان اشتغال دریانورد بر روی کشتی حاصل گردد، دریانورد می بایست در اسرع وقت مطلع شود.

۱۲,۳ دریانورد برای حضور در کشتی که عازم مناطق شبه جنگی است تحت اجبار نخواهد بود و شرکت حق تهدید به اخراج و یا تنبیه دریانورد به دلیل امتناع از حضوردر مناطق شبه جنگی را ندارد. دراین صورت هزینه بازگرداندن دریانورد به میهن به عهده شرکت است.

۱۲,۴ فوق العاده تردد در مناطق شبه جنگی/ پر خطر برای دریانوردانی که در آن مناطق تردد می نمایند طبق مفاد ضمیمه ۱ این پیمان خواهد بود.

۱۲,۵ چنانچه دریانورد به علت حمله دزدان دریایی به کشتی و یا ربودن کشتی ، به اسارت گرفته شود و یا به علت وقوع چنین اقداماتی درداخل و یا خارج از مناطق اعلام شده از ادامه سفر دریایی باز داشته شود، وضعیت اشتغال و حقوق و مزایای وی تا آخرین روز بازگشت به میهن، وفق این پیمان به قوت خود باقی خواهد بود. شرکت باید نهایت سعی خود را نسبت به حمایت ازدریانورد اسیر بعمل آورد.

**ماده ۱۳: لوازم شخصی دریانورد و غرامت لوازم شخصی مفقود شده**

۱۳,۱ هرگاه لوازم شخصی دریانورد بر روی کشتی به دلیل وقوع حوادثی مانند آتش سوزی، به گل نشستن و یا غرق کشتی بصورت کلی یا جزیی از بین برود، شرکت باید خسارات وارده به اموال متعارف وی را تا حداکثر سقف تعیین شده در ضمیمه ۱ این پیمان جبران نماید. خسارات ناشی از قصور، تقصیر و سهل انگاری شخص دریانورد و همچنین از بین رفتن اموال دریانورد به موجب اقدام خلاف قانونی وی و یا سرقت از شمول این بند خارج است.

۱۳,۲ چنانچه دریانورد بر روی کشتی بیمار، مصدوم و یا فوت شود، شرکت ضمن حفاظت از لوازم شخصی وی باید اقدامات مقتضی نسبت به ارسال آنها به آدرس خود دریانورد، خانواده و یا وراث قانونی او معمول نماید.

**ماده ۱۴: رسیدگی به "شکایات بر روی کشتی"**

۱۴,۱ شرکت باید شیوه نامه ای مناسب جهت رسیدگی عادلانه، موثر و سریع به شکایت دریانوردان بر روی کشتی درخصوص عدم رعایت مفاد این پیمان داشته باشد.

۱۴,۲ در شیوه نامه مذکور باید حق دریانورد نسبت به داشتن شاهد یا نماینده ای در روند رسیدگی به شکایت وی و همچنین ساز و کار لازم بمنظور حمایت از دریانورد در قبال هرگونه تهدید یا تنبیه به علت طرح شکایت، لحاظ شده باشد.

NATIONAL IRANIAN TANKER CO. NITC TRANSACTION COMMITTEE

**ماده ۱۵: پایان اشتغال**

۱۵,۱ اشتغال دریانورد بنا به شرایط ذیل پایان می یابد:
الف) انقضای مدت قرارداد مطابق با مفاد "قرارداد کار دریانورد"؛ یا
ب ) در صورت پیاده شدن از کشتی به علت بیماری یا مصدومیت، مشروط به انجام معاینات پزشکی به شرح مقرر در ماده ۱۸ یا به دلیل مندرج در ماده ۲۰ این پیمان.
ج) به دلیل غرق شدن یا از بین رفتن کشتی

۱۵,۲ شرکت تحت شرایط ذیل می تواند پس از اعلام کتبی ۱۵ روزه به دریانورد، به اشتغال دریانورد پایان دهد:
الف) در صورت اثبات قصور یا تقصیر جدی دریانورد در انجام وظایف به شرح مقرر در ماده ۱۷ این پیمان؛ یا
ب ) به دلیل فروش و یا ازسرویس خارج شدن کشتی به مدت حداقل یک ماه متوالی.

۱۵,۳ دریانورد می تواند به موجب شرایط ذیل و پس از اعلام کتبی ۱۵ روزه به شرکت، به اشتغال خود پایان دهد:
الف) زمانی که مشخص شود همسر، فرزندان و یا یکی از والدین دریانورد دچار بیماری خطرناکی شده اند؛ یا
ب) در صورتی که، به شرح مندرج ذیل بند ۱۲,۳، کشتی در حال عزیمت به منطقه شبه جنگی و پر خطر باشد.

۱۵,۴ انتقال دریانورد، طی مدت قرارداد کار دریانورد، از یک کشتی به کشتی دیگرتحت مالکیت و یا مدیریت شرکت (طبق ضمیمه ۳) به شرطی که تغییری درسمت و دستمزد وی ایجاد نشود ، به منزله پایان اشتغال نمی باشد. کلیه هزینه های انتقال و معیشت دریانورد در طول ایام انتقال به عهده شرکت می باشد.

۱۵,۵ دریانوردی که بصورت موقت استخدام شده باشد مستحق دریافت مبلغی به شرح مندرج در ضمیمه ۱ این پیمان به عنوان حقوق دوران بیکاری ناشی از خاتمه اشتغال بر اساس مفاد بندهای ۱۵,۱ (ج) و ۱۵,۲ (ب) فوق الذکر می باشد.

**ماده ۱۶: بازگرداندن به میهن**

۱۶,۱ طبق ماده ۱۵ این پیمان و در صورت خاتمه اشتغال دریانورد، شرکت بایستی هزینه بازگشت به میهن (محل امضا قرارداد و یا محل زندگی به انتخاب دریانورد) را تامین نماید. در صورتیکه پایان اشتغال به موجب بند (الف) ماده ۱۵,۲ و یا بنا به درخواست دریانورد جهت پایان زود هنگام قرارداد کار، بنا به دلایلی خارج از شرایط مندرج در ماده ۱۵,۳ ؛ باشد، هزینه بازگرداندن به میهن به عهده دریانورد خواهد بود.

۱۶٫۲ شرکت در روند بازگرداندن دریانورد به میهن، (محل امضا قرارداد و یا محل زندگی به انتخاب دریانورد) ضمن در نظر گرفتن ملاحظات متعارف برای رفاه حال وی، مسئول پرداخت هزینه های زیر خواهد بود:

الف) حقوق پایه از روز پیاده شدن از کشتی تا روز رسیدن دریانورد به میهن وی؛
ب ) هزینه های اقامت و غذا؛
ج ) هزینه های متعارف سفر؛ و
د ) هزینه حمل لوازم شخصی دریانورد تا میزان ۳۰ کیلوگرم.

NATIONAL IRANIAN TANKER CO. NITC TRANSACTION COMMITTEE

IRANIAN MERCHANT MARINERS SYNDICATE

## ماده ۱۷: قصور یا تقصیر

۱۷٫۱ شرکت می تواند "قرارداد کار دریانورد" را به موجب قصور یا تقصیر دریانورد فسخ نماید. شرکت باید دلایل فسخ قرارداد را در صورت درخواست دریانورد، کتبا به وی اعلام نماید.

۱۷٫۲ در صورت فسخ "قرارداد کار دریانورد" در چارچوب مفاد این ماده، شرکت می تواند زیان های وارده از سوی دریانورد از جمله هزینه بازگرداندن به میهن را از محل مطالبات وی کسر نماید. هزینه جایگزینی دریانورد اخراجی موضوع بند ۱۷٫۱؛ مشمول زیان های مذکور نمی گردد.

## ماده ۱۸: مراقبت های پزشکی

۱۸٫۱ شرکت باید مراقبت های پزشکی لازم در زمان نیاز به ویژه در شرایط اضطراری و موارد دندانپزشکی در صورت ابتلا به درد شدید را در اولین فرصت ممکن فراهم نماید.

۱۸٫۲ در صورت بیماری و یا مصدومیت دریانورد در دوره به کارگیری ، هزینه های درمانی ازجمله بستری شدن در بیمارستان و همچنین هزینه های بازگرداندن به میهن بر اساس ماده ۱۶ این پیمان تا بازیابی سلامت وی و یا تایید از کارافتادگی دریانورد، با رعایت مفاد ماده ۱۹ این پیمان بر عهده شرکت می باشد.

۱۸٫۳ از منظراین ماده درشرایط ذیل شرکت مسئول جبران خسارت نخواهد بود:

الف) مصدومیت در شرایطی که دریانورد در حال خدمت به کشتی نبوده است؛
ب) بیماری یا مصدومیتی که ناشی از اقدام عمدی دریانورد باشد؛ یا
ج) بیماری یا معلولیتی که در بدو بکارگیری ، توسط دریانورد عمداً مخفی نگاه داشته شده باشد.

## ماده ۱۹: دستمزد ایام بیماری

۱۹٫۱ در صورتیکه دریانورد به علت بیماری یا مصدومیت ناشی از "کار بر روی کشتی" پیاده شود، شرکت باید حقوق پایه وی را تا روز بازگشت به میهن پرداخت نماید.

۱۹٫۲ درصورت تداوم بیماری، دریانورد مستحق دریافت حقوق پایه در ایام بیماری می باشد.

۱۹٫۳ در صورتي که دریانورد به دلیل بروز حادثه ای مصدوم شود، حقوق پایه وی در طول درمان و یا تا صدور رای مراجع ذی صلاح پزشکی در خصوص از کارافتادگی دائم با رعایت مفاد ماده ۲۰ پرداخت می گردد.

Temaddon

۱۹,۴ سقف پرداخت دستمزد ایام بیماری ۱۶ هفته از روز مصدومیت یا شروع بیماری و منوط به ارائه مدارک پزشکی معتبر در سریعترین زمان ممکن می باشد.

۱۹,۵ از منظراین ماده درشرایط ذیل شرکت مسئول جبران خسارت نخواهد بود:

الف) مصدومیت در شرایطی که دریانورد در حال خدمت به کشتی نبوده است؛

ب) بیماری یا مصدومیتی که ناشی از اقدام عمدی دریانورد باشد؛ یا

ج) بیماری یا معلولیتی که در بدو بکارگیری، توسط دریانورد عمداً مخفی نگاه داشته شده باشد.

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

## ماده ۲۰: نقص عضو یا از کار افتادگی دائم

۲۰,۱ چنانچه دریانورد در دوره بکارگیری بر اثر حادثه ای دچار نقص عضو و یا از کار افتادگی دائم شود، علاوه بر غرامت دستمزد ایام بیماری مستحق دریافت غرامت نقص عضو و یا از کار افتادگی دائم در چارچوب این ماده می باشد.

۲۰,۲ تشخیص نقص عضو و یا از کار افتادگی دائم دریانورد با پزشک معتمد شرکت می باشد. چنانچه نظر پزشک مورد وثوق دریانورد با نظر پزشک معتمد شرکت مغایر باشد، نظر پزشک متخصص پزشکی قانونی معرفی شده توسط سازمان پزشکی قانونی کشور ملاک می باشد.

۲۰,۳ شرکت ملزم به پرداخت غرامت نقص عضو و یا از کار افتادگی دائم به دریانورد بر اساس جدول ضمیمه ۲ این پیمان می باشد.

۲۰,۴ شرکت باید سازوکارهای لازم را برای پرداخت غرامت مصدومیت داشته باشد. چنانچه فرایند پرداخت غرامت از کارافتادگی دائم ناشی از مصدومیت، بیش از حد متعارف به طول انجامد شرکت می تواند مبلغی را به عنوان مساعده به صورت علی الحساب به دریانورد پرداخت و سپس مبلغ مذکور را از پرداخت نهایی کسر نماید.

۲۰,۵ از منظراین ماده درشرایط ذیل شرکت مسئول جبران خسارت نخواهد بود:

الف) مصدومیت در شرایطی که دریانورد در حال خدمت به کشتی نبوده است؛

ب) بیماری یا مصدومیتی که ناشی از اقدام عمدی دریانورد باشد؛ یا

ج) بیماری یا معلولیتی که در بدو بکارگیری، توسط دریانورد عمداً مخفی نگاه داشته شده باشد.

## ماده ۲۱: فوت درحین خدمت

۲۱,۱ چنانچه دریانورد در دوره بکار گیری و یا ایام بیماری ناشی از کار بر روی کشتی به شرح مندرج ذیل ماده ۱۹ این پیمان بنا به دلایلی به غیر از موارد مندرج در بند ۲۱,۲ این ماده فوت نماید، شرکت مکلف است مبلغ مندرج در ضمیمه ۱ این پیمان را به وراث قانونی وی پرداخت نماید. بعلاوه، شرکت با رعایت قوانین جاری کشور محل فوت، ضمن بازگرداندن جسد متوفی به میهن، کمک هزینه های تدفین منطبق با مبلغ مندرج در ضمیمه ۱ این پیمان را پرداخت خواهد نمود.

۲۱,۲ ازمنظر این ماده، درشرایط ذیل شرکت ملزم به پرداخت غرامت نخواهد بود:
الف) فوت در زمانی غیر از خدمت به کشتی اتفاق افتاده باشد،
ب) فوت ناشی از اقدام عمدی دریانورد (متوفی) باشد؛
ج) بیماری یا معلولیت منجر به فوت که در بدو استخدام عمداً توسط دریانورد مخفی نگاه داشته شده باشد؛ یا
د) فوت ناشی از بیماری یا مصدومیتی که مرتبط با خدمت به کشتی نبوده باشد.

**ماده ۲۲: غذا، محل اقامت و امکانات رفاهی**

۲۲,۱ شرکت باید تسهیلات مناسب جهت اقامت، غذا و امکانات رفاهی دریانورد را طبق مقاوله نامه کار دریایی تامین نماید.
۲۲,۲ همه دریانوردان از حق تماس رایگان در شرایط اضطراری مشابه با آنچه در بند الف ماده ۱۵,۳ ذکر شده است، برخوردارخواهند بود.

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

**ماده ۲۳: تجهیزات ایمنی فردی**

۲۳,۱ شرکت باید امکانات و تجهیزات ایمنی فردی لازم را برای دریانورد طبق سامانه مدیریت ایمنی (ISM Code) فراهم نماید.
۲۳,۲ شرکت باید دریانورد را از ماهیت مخاطره آمیز و خطرات احتمالی مرتبط با کار بر روی کشتی، آگاه نماید و اقدامات احتیاطی لازم و هم چنین نحوه استفاده از تجهیزات ایمنی فردی را به وی آموزش دهد.
۲۳,۳ در صورت فقدان ابزار و تجهیزات ایمنی فردی، دریانورد نباید ملزم به انجام کار شود.
۲۳,۴ دریانورد ملزم به استفاده و نگهداری از تجهیزات ایمنی فردی خود می باشد. همچنین این لوازم جز وسایل کشتی محسوب می گردد و بر روی کشتی باقی خواهد ماند.

**ماده ۲۴: اعتراض و واگذاری حقوق**

۲۴,۱ شرکت و یا نماینده قانونی او نباید دریانورد را مجبور به امضای سندی نماید که به موجب آن دریانورد از دریافت حقوق خود به شرح مندرج دراین پیمان محروم و یا ناگزیر به اعاده حقوق و مزایای دریافت شده یا حقوق و مزایای معوقه خود به شرکت شود.

**ماده ۲۵: بکار گیری دریانورد**

۲۵,۱ بکارگیری دریانورد از طریق شرکتهایی که بر اساس مفاد ماده ۱,۴ مقاوله نامه کار دریایی دارای مجوز/گواهینامه های لازم برای ارایه خدمات جذب و تامین دریانوردان می باشند، بلامانع است.

**ماده ۲۶: تأمین اجتماعی**

۲۶,۱ شرکت مکلف است پوشش تأمین اجتماعی مناسب را برای دریانورد و افراد تحت تکفل وی، و بر اساس قوانین و مقررات داخل کشور فراهم نماید. همچنین اطمینان حاصل نماید که شرکت یا مراکز جذب و تامین دریانورد طرف قرارداد نیز خدمات مذبور را در رابطه با دریانورد فراهم نموده اند.

**ماده ۲۷: صندوق رفاه دریانوردان**

۲۷,۱ شرکت بابت صندوق رفاه دریانوردان سالانه مبلغی به شرح مندرج در ضمیمه ۱ این پیمان به نسبت هر دریانورد طبق "جداول حداقل نیروی انسانی" کشتی های تحت پوشش این پیمان به شرح مندرج در ضمیمه ۳، به انجمن می پردازد.

**ماده ۲۸: دوره آزمایشی**

۲۸,۱ شش هفته اول از طول دوره اشتغال در اولین قرارداد فی مابین دریانورد و شرکت به عنوان دوره آزمایشی در نظر گرفته خواهد شد و هر یک از طرفین مجاز به فسخ قرارداد در طول این مدت و قبل از سررسید تاریخ انقضا قید شده در قرارداد کار دریانورد می باشند. در اینصورت هزینه های بازگشت به میهن بر عهده طرف فسخ کننده قرارداد می باشد. اما شرایط مندرج در ماده ۱۵,۵ این پیمان به منظور پرداخت دستمزد به دریانورد ، مشمول این نوع فسخ نمی گردد.

**ماده ۲۹: پوشش بیمه**

۲۹,۱ شرکت مکلف است برای خود در مقابل مسئولیتهای مورد اشاره در مواد ۱۵,۵، ۱۶ و ۱۸ الی ۲۱ این پیمان، بیمه ای مناسب اختیار نماید.

NATIONAL IRANIAN TANKER CO. NITC TRANSACTION COMMITTEE

**ماده ۳۰: قوانین حاکم و حل اختلاف**

۳۰,۱ این پیمان بر اساس مقاوله نامه کار دریایی تدوین گردیده و تابع قوانین جمهوری اسلامی ایران می باشد و هر گونه اختلاف ناشی از آن در مراجع ذیصلاح جمهوری اسلامی ایران رسیدگی خواهد شد.

**ماده ۳۱: زبان پیمان جمعی**

۳۱,۱ این پیمان جمعی به هر دو زبان انگلیسی و فارسی نگارش یافته است و در صورت وجود هر گونه تناقض یا تعارض بین دو نسخه قرارداد، نسخه انگلیسی در تعیین روح، قصد و معنای این پیمان جمعی باید حاکم باشد.

**ماده ۳۲: مدت اعتبار پیمان**

۳۲,۱ این پیمان حاوی ۳۲ ماده و ۴ ضمیمه در سه نسخه اصل که هر یک با اعتبار واحد در تاریخ ۱۳۹۵/۱۰/۱۱ تنظیم و توسط طرفین امضا گردید و تا تاریخ ۱۳۹۶/۱۰/۱۰ معتبر خواهد بود.

| | |
|---|---|
| شرکت ملی نفتکش ایران | انجمن صنفی کارگری دریانوردان تجاری ایران |
| سیروس کیان ارثی | آرمان جهان بیگلری |
| مدیرعامل و عضو هیئت مدیره | رییس هیئت مدیره |
| سید احمد کاظمی | مهران هدایتفر |
| نایب رییس و عضو موظف هیئت مدیره | خزانه دار |

Case 1:19-cv-03688-ABJ Document 47-9 Filed 10/01/26 Page 13 of 23

IRANIAN MERCHANT MARINERS SYNDICATE

## ضمیمه ۱

### دوره بکار گیری

با توجه به مفاد ماده ۵ این پیمان دوره بکارگیری براساس مدت مندرج در قرارداد کاردریانورد می باشد که بنا به شرایط عملیات کشتی قابل تغییرخواهد بود. درهر صورت دریانورد میتواند دوره قرارداد خود را در صورت موافقت شرکت تا سقف ۱۲ ماه تمدید نماید.

### ساعات عادی کار

با توجه به مفاد ماده ۶ این پیمان ساعات عادی کار نباید از ۸ ساعت در شبانه روزتجاوز نماید. شنبه بعدازظهر و یکشنبه اوقات تعطیلی آخر هفته می باشد. تعیین اوقات تعطیلی آخر هفته بسته به شرایط عملیاتی کشتی و رسوم ملی با نظر فرمانده کشتی قابل تغییر می باشد.

### مرخصی استحقاقی

با توجه به مفاد ماده ۶ این پیمان، مرخصی استحقاقی دریانورد به شرح مندرج در"قرارداد کاردریانورد" می باشد که درهرصورت ازحداقل ۲/۵ روز درماه کمترنخواهد بود.

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

### اضافه کاری

با توجه به مفاد ماده ۷ این پیمان:

الف) ساعات کاری مازاد بر "ساعات عادی کار" اضافه کاری محسوب می شود؛ و

ب) نرخ هر ساعت اضافه کار ۱/۴۰ برابر نرخ حقوق پایه هر ساعت کار عادی دریانورد می باشد.

### تردد در مناطق شبه جنگی / پر خطر

با توجه به مفاد ماده ۱۲ این پیمان چنانچه دریانورد با کشتی در مناطق شبه جنگی / پر خطر تردد نماید مزایای ذیل به وی تعلق می گیرد:

الف) غرامت ازکارافتادگی و فوت دو برابر می شود؛ و

ب) فوق العاده ای برابر با ۱۰۰ % حقوق پایه برای مدت تردد در مناطق شبه جنگی / پر خطر. فوق العاده پرداخت برای مناطق شبه جنگی / پر خطر حداقل به مدت ۵ روز می باشد.

### غرامت لوازم شخصی مفقود شده

حداکثر غرامت قابل پرداخت به کارکنان در قبال لوازم مفقود شده آنها بر اساس ماده ۱۳ این پیمان ۳۳۰۰ (سه هزار و سیصد) دلار آمریکا با توجه به نوع و مقدار لوازم اظهار شده خواهد بود.

**حقوق دوران بیکاری**

حقوق دوران بیکاری بر حسب ماده ۱۵,۵ این پیمان نسبت به روزهای باقیمانده از مدت "قرارداد کار دریانورد" حداکثر تا ۲ ماه حقوق پایه خواهد بود.

**غرامت فوت حین خدمت**

با توجه به مفاد ماده ۲۱ این پیمان:

الف) غرامت فوت حین خدمت دریانوردان به شرح ذیل می باشد:

- ۹۶۹۰۹ دلار آمریکا به وراث قانونی وی.
- ۱۹۳۸۲ دلار آمریکا به هر فرزند تحت تکفل (حداکثر تا ۴ فرزند زیر ۱۸ سال).

ب) کمک هزینه تدفین ۵۰۰۰ (پنج هزار) دلار آمریکا می باشد.

**صندوق رفاه دریانوردان**

با توجه به مفاد ماده ۲۷ این پیمان مبلغ ۱،۷۰۰،۰۰۰ریال (یک میلیون و هفتصد هزار ریال) بابت صندوق رفاه دریانوردان به نسبت هر دریانورد طبق "جداول حداقل نیروی انسانی" کشتی های تحت پوشش این پیمان (طبق ضمیمه ۳) تعیین گردید.

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

# ضمیمه ۲

## غرامت نقص عضو و یا ازکارافتادگی دائم

۱- در صورت نقص عضو و یا از کار افتادگی دائم یک دریانورد، میزان غرامت قابل پرداخت بر اساس ماده ۲۰ این پیمان جهت ۱۰۰ در صد نقص عضو به شرح ذیل می باشد:

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

الف) افسران ارشد 161,514 دلار آمریکا
ب) افسران جزء 129,212 دلار آمریکا
ج) ملوانان 96,909 دلار آمریکا

تبصره ۱: منظور از افسران ارشد فرمانده، سرمهندس، افسر اول، مهندس دوم و مهندس برق است.

۲- میزان نقص عضو و ازکارافتادگی دائم (در صد) طبق جداول زیر تعیین می گردد.

۱- دست ، بازو ، شانه ( اگر یک شخص چپ دست باشد ، دست چپ معادل دست راست ارزیابی می شود ) .

۱-۱- انگشتان

| ردیف | نوع نقص عضو | درصد - چپ | درصد | درصد - راست |
|---|---|---|---|---|
| ۱ | از دست دادن همه ی انگلشتان یک دست | ۵۰ | | ۵۵ |
| ۲ | از دست دادن یک شست و استخوان متاکارپ اول | ۲۵ | | ۳۰ |
| ۳ | ازدست دادن یک شست | | ۲۵ | |
| ٤ | از دست دادن بند انتهایی یک شست | | ۱۲ | |
| ۵ | از دست دادن نیمی از بند انتهایی یک شست | | ۸ | |
| ٦ | خشکی انگشت شست | | ۵ | |
| ۷ | خشکی مفصل ابتدایی انگشت شست | | ۳ | |
| ۸ | خشکی کل انگشت شست | | ۱۵ | |
| ۹ | از دست دادن انگشت نشانه ( انگشت دوم ) | | ۱۰ | |
| ۱۰ | از دست دادن مفاصل میانی و انتهایی انگشت نشانه | | ۱۰ | |
| ۱۱ | از دست دادن انتهایی انگشت نشانه | | ۵ | |
| ۱۲ | خشکی مفصل ابتدائی انگشت نشانه در وضعیت صاف | | ۵ | |
| ۱۳ | خشکی مفصل انگشت نشانه در وضعیت ۹۰ درجه یا بیشتر | | ۵ | |
| ۱٤ | از دست دادن انگشت میانی ( انگشت سوم ) | | ۱۰ | |
| ۱۵ | از دست دادن مفاصل میانی و انتهای انگشت میانی | | ۸ | |
| ۱٦ | از دست دادن انتهای انگشت میانی | | ۵ | |
| ۱۷ | خشکی مفصل ابتدائی انگشت میانی در وضعیت صاف | | ۵ | |
| ۱۸ | خشکی مفصل انگشت میانی در وضعیت ۹۰ درجه یا بیشتر | | ۵ | |
| ۱۹ | از دست دادن انگشت حلقه ( انگشت چهارمی ) | | ۸ | |
| ۲۰ | از دست دادن مفاصل میانی و انتهای انگشت حلقه | | ۵ | |
| ۲۱ | از دست دادن انتهای انگشت حلقه | | ۳ | |
| ۲۲ | خشکی مفصل ابتدایی انگشت حلقه در وضعیت صاف | | ۵ | |
| ۲۳ | خشکی مفصل انگشت حلقه در وضعیت ۹۰ درجه یا بیشتر | | ۵ | |
| ۲٤ | از دست دادن انگشت کوچک ( انگشت پنجم ) | | ۸ | |
| ۲۵ | از دست دادن مفاصل میانی و انتهایی انگشت کوچک | | ۵ | |
| ۲٦ | از دست دادن انتهای انگشت کوچک | | ۳ | |
| ۲۷ | از دست دادن شست و انگشت نشانه | ۳۵ | | ٤۰ |

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

| ردیف | نوع نقص عضو | چپ | | راست |
|---|---|---|---|---|
| ۲۸ | از دست دادن مفاصل انتهای شست و انگشت نشانه | | ۱۸ | |
| ۲۹ | از دست دادن شست ، انگشت نشانه و انگشت میانی | | | ۵ |
| ۳۰ | از دست دادن مفاصل انتهایی شست ، انگشت نشانه و انگشت میانی | | ۲۰ | |
| ۳۱ | از دست دادن شست ، انگشت نشانه ، انگشت میانی و انگشت حلقه | ۵۰ | | ۵۵ |
| ۳۲ | از دست دادن انگشت نشانه و انگشت میانی | | ۲۵ | |
| ۳۳ | از دست دادن مفاصل میانی و انتهایی انگشت نشانه و انگشت میانی | | ۲۰ | |
| ۳۴ | از دست دادن مفصل انتهایی انگشت نشانه و انگشت میانی | | ۱۰ | |
| ۳۵ | از دست دادن انگشت نشانه و انگشت میانی و انگشت حلقه | ۳۰ | | ۳۵ |
| ۳۶ | از دست دادن مفاصل میانی و انتهایی انگشت نشانه ، انگشت میانی و انگشت حلقه | | ۲۵ | |
| ۳۷ | از دست دادن مفاصل انتهایی انگشت نشانه ، انگشت میانی و انگشت حلقه | | ۱۲ | |
| ۳۸ | از دست دادن انگشت نشانه ، انگشت میانی ، انگشت حلقه و انگشت کوچک | ۳۵ | | ۴۰ |
| ۳۹ | از دست دادن مفاصل میانی و انتهایی انگشت نشانه ، انگشت میانی ، انگشت حلقه و انگشت کوچک | ۳۰ | | ۳۵ |
| ۴۰ | از دست دادن مفاصل انتهایی انگشت نشانه ، انگشت میانی ، انگشت حلقه و انگشت کوچک | | ۱۵ | |
| ۴۱ | از دست دادن انگشت میانی ، انگشت حلقه و انگشت کوچک | | ۳۰ | |
| ۴۲ | از دست دادن مفاصل میانی و انتهای انگشت میانی ، انگشت حلقه و انگشت کوچک | | ۲۰ | |
| ۴۳ | از دست دادن مفاصل انتهایی انگشت میانی ، انگشت حلقه و انگشت کوچک | | ۱۰ | |
| ۴۴ | از دست دادن انگشت حلقه و انگشت کوچک | | ۲۰ | |
| ۴۵ | از دست دادن مفاصل میانی و انتهایی انگشت حلقه و انگشت کوچک | | ۱۵ | |
| ۴۶ | از دست دادن مفاصل انتهایی انگشت میانی و ا نگشت حلقه یا انگشت حلقه و انگشت کوچک | | ۵ | |
| ۴۷ | نقص در باز شدن ۹۰ درجه یا بیشتر مفصل وسطی انگشتان میانی و حلقه | | ۸ | |

**۱-۱-۲-دست، مچ**

| ردیف | نوع نقص عضو | درصد | | |
|---|---|---|---|---|
| | | چپ | | راست |
| ۴۸ | از دست دادن یک دست | ۵۵ | | ۶۰ |
| ۴۹ | خشکی مفصل در وضعیت عملکرد مناسب | | ۱۰ | |
| ۵۰ | خشکی مفصل در وضعیت عملکرد نامناسب | | ۱۵ | |
| ۵۱ | شکستگی ترمیم شده استخوان رادیوس یا جابجایی مختصر و نقص جزیی در عملکرد | | ۵ | |
| ۵۲ | مشکلات حرکتی انگشت چهارم و انگشت پنجم ناشی ازشکستگی رادیوس | | ۱۸ | |

**۱-۱-۳- بازو**

| ردیف | نوع نقص عضو | چپ | | راست |
|---|---|---|---|---|
| ۵۳ | از دست دادن یک بازو | ۶۵ | | ۷۰ |
| ۵۴ | قطع عضو بالای بازو | ۶۰ | | ۶۵ |
| ۵۵ | قطع عضو ساعد با حرکت خوب مفصل آرنج | ۵۵ | | ۶۰ |
| ۵۶ | قطع عضو ساعد با نقص حرکتی مفصل آرنج | ۶۰ | | ۶۵ |
| ۵۷ | پارگی ترمیم نشده عضله دو سر | | ۵ | |
| ۵۸ | تشکیل لخته در عروق زیر بغل | | ۵ | |

**۱-۱-۴- آرنج**

| ردیف | نوع نقص عضو | چپ | | راست |
|---|---|---|---|---|
| ۵۹ | خشکی مفصل در وضعیت کاملا" صاف | ۴۰ | | ۴۵ |
| ۶۰ | خشکی در وضعیت عملکردی مناسب | ۲۰ | | ۲۵ |
| ۶۱ | خشکی در وضعیت عملکردی نامناسب | ۲۵ | | ۳۰ |
| ۶۲ | از بین رفتن حرکت چرخشی ساعد | ۱۵ | | ۲۰ |
| ۶۳ | کاهش خمیدگی مفصل آرنج تا ۹۰ درجه یا کمتر | ۱۲ | | ۱۵ |
| ۶۴ | نقص در باز شدن مفصل آرنج تا ۴۰ درجه | | ۳ | |
| ۶۵ | نقص در باز شدن آرنج ( ۹۰ – ۴۰ درجه ) | | ۵ | |

**۱-۱-۵- شانه**

| ردیف | نوع نقص عضو | چپ | | راست |
|---|---|---|---|---|
| ۶۶ | از دست دادن تمام شانه | ۷۵ | | ۸۰ |
| ۶۷ | سفتی نسبی مفصل شانه در تمام جهات با وضعیت نامناسب استخوان کتف | | ۳۵ | |

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

| | | | | |
|---|---|---|---|---|
| ۶۸ | بالاآوردن شانه تا ۹۰ درجه | | ۱۵ | |
| ۶۹ | سسفتی و کاهش مقداری از دامنه حرکت | | ۵ | |
| ۷۰ | در رفتگی عادتی مفصل شانه | | ۱۰ | |
| ۷۱ | در رفتگی مفصل آکرومیوکلاوی کولار | | ۵ | |

| ۱-۱-۹- فلج عصبی | | | | |
|---|---|---|---|---|
| ردیف | نوع نقص عضو | درصد | | |
| | | چپ | | راست |
| ۷۲ | فلج کامل شبکه عصبی بازویی | ۶۵ | | ۷۰ |
| ۷۳ | فلج کامل عصب رادیال از بالای بازو | ۲۰ | | ۲۵ |
| ۷۴ | فلج کامل عصب اولنار | ۲۵ | | ۳۰ |
| ۷۵ | فلج کامل عصب مدین ( حسی و حرکتی ) | ۳۰ | | ۳۵ |
| ۷۶ | فلج کامل حسی مدین | | ۱۰ | |
| ۷۷ | اسکار ناشی از سوختگی و ضربه در اندام فوقانی | | ۲-۳ | |

| [illegible] پا | | | | |
|---|---|---|---|---|
| ۷۸ | از دست دادن پا با عملکرد خوب اندام مصنوعی | | ۳۰ | |
| ۷۹ | از دست دادن پا با عملکرد بد اندام مصنوعی | | ۳۵ | |
| ۸۰ | قطع کردن پا که قابلیت تحمل وزن را دارد | | ۱۵ | |
| ۸۱ | از دست دادن تمام انگشتان یک پا | | ۱۰ | |
| ۸۲ | از دست دادن انگشت بزرگ پا و مقداری از استخوان کف پا | | ۸ | |
| ۸۳ | از دست دادن انگشت بزرگ پا | | ۵ | |
| ۸۴ | از دست دادن مفصل انتهایی انگشت بزرگ پا | | ۳ | |
| ۸۵ | خشکی در مفصل پنجه ی پای انگشت بزرگ | | ۵ | |
| ۸۶ | از دست دادن یکی دیگر از انگشتان پا | | ۳ | |
| ۸۷ | خشکی مفصل مچ پا در وضعیت صاف یا کج شدن پا تا ۱۵ درجه | | ۱۵ | |
| ۸۸ | خشکی مفصل مچ پا در وضعیت چرخشی به بیرون | | ۲۰ | |
| ۸۹ | کاهش حرکت دورانی از قوزک پا | | ۵ | |
| ۹۰ | کف پای صاف ناشی از درد | | ۸ | |
| ۹۱ | کف پای صاف در اثر تروما | | ۱۰ | |

| ۱-۲-۲- ساق پا | | | | |
|---|---|---|---|---|
| ردیف | نوع نقص عضو | درصد | | |
| | | چپ | | راست |
| ۹۲ | از دست دادن یک ساق پا | | ۶۵ | |
| ۹۳ | قطع زانو یا ران با علکرد خوب اندام مصنوعی | | ۶۰ | |
| ۹۴ | قطع زانو یا ران با عملکرد بد اندام مصنوعی | | ۵۵ | |
| ۹۵ | از دست دادن ساق پا با عملکرد خوب اندام مصنوعی | | ۳۰ | |
| ۹۶ | از دست دادن ساق پا با عملکرد بد اندام مصنوعی | | ۳۵ | |
| ۹۷ | کوتاه شدن کمتر از ۳ سانتی متر | | ۳ | |
| ۹۸ | کوتاه شدن cm ۳ | | ۱۰ | |
| ۹۹ | لاغر شدن ران تا cm ۳ ( این درصد با نقص عضو ناشی از کوتاهی و کاهش دامنه حرکت ران جمع نمی شود ) | | ۸ | |
| ۱۰۰ | مشکلات بعد از لخته شدن خون در یک پا | | ۵ | |
| ۱۰۱ | تشدید ورید های واریسی و زخم های واریسی | | ۸ | |
| ۱۰۲ | خشکی زانو در پوزشین خوب | | ۲۵ | |
| ۱۰۳ | زانو با نقص عملکرد تا ۵ درجه | | ۳ | |
| ۱۰۴ | زانو با کاهش توانایی خم شدن تا ۹۰ درجه یا کمتر | | ۱۰ | |
| ۱۰۵ | شلی مختل کننده مفصل زانو | | ۱۰ | |
| ۱۰۶ | سفتی مفصل زانو در حین حرکت با لاغری عضلات بیش از cm ۲ | | ۸ | |

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

IRANIAN MERCHANT MARINERS SYNDICATE

| ردیف | نوع نقص عضو | چپ | | راست |
|---|---|---|---|---|
| ۱۰۷ | قفل شدن زانو | | ٥ | |
| ۱۰۸ | از دست دادن کشکک | | ٥ | |
| ۱۰۹ | کشکک مصنوعی با عملکرد خوب | | ۱٥ | |

**۱-۲-۳- مفصل ران**

| ردیف | نوع نقص عضو | درصد: چپ | | راست |
|---|---|---|---|---|
| ۱۱۰ | قطع اندام تحتانی در محل مفصل ساکروایلیاک | | ۷۰ | |
| ۱۱۱ | کوتاهی اندام تحتانی کمتر از ۲ cm | | ٥ | |
| ۱۱۲ | کوتاهی اندام تحتانی بیشتر از ۲ cm | | ۱۰ | |
| ۱۱۳ | خشکی مفصل ران در پوزیشن مطلوب | | ۳۰ | |
| ۱۱٤ | نقض عملکردی شدید در مفصل ران | | ٥۰ | |
| ۱۱٥ | مفصل ران مصنوعی با عملکرد خوب | | ۱۰ | |

**۱-۲-٤- قطع های عصبی**

| ردیف | نوع نقص عضو | درصد: چپ | | راست |
|---|---|---|---|---|
| ۱۱٦ | فلج کامل عصب فیبولار ( نازک نی ) | | ۱۰ | |
| ۱۱۷ | فلج کامل عصب فمورال ( ران ) | | ۲۰ | |
| ۱۱۸ | فلج عضلات نشیمنگاه با فعالیت حرکتی خوب | | ۱۰ | |
| ۱۱۹ | فلج عضلات نشیمنگاه با فعالیت حرکتی بد | | ۳۰ | |
| ۱۲۰ | اسکار ناشی از سوختگی یا ضربه در اندام تحتانی | | ۱-۲ | |

[redacted]

**۲-۱- صورت**

| ردیف | نوع نقص عضو | چپ | | راست |
|---|---|---|---|---|
| ۱۲۱ | عدم قدرت تکلم | | ٥۰ | |
| ۱۲۲ | از دست دادن دندان ( ۳،۲،۱ ) هر دندان | | ۱ | |
| ۱۲۳ | از دست دادن دندان ( ۷،٦،٥،٤ ) هر دندان | | ۰/٥ | |
| ۱۲٤ | از دست دادن گوش بیرونی | | ٥ | |
| ۱۲٥ | نقص استخوانی جمجمه | | ٥ | |
| ۱۲٦ | فلج یک طرفه عصب صورتی | | ۱۰ | |
| ۱۲۷ | فلج ۲ طرفه عصب صورتی | | ۱٥ | |
| ۱۲۸ | از دست دادن حس بویایی | | ۱۰ | |
| ۱۲۹ | فلج یک طرفه تارهای صوتی با مشکلات گفتاری قابل توجه | | ۱۰ | |
| ۱۳۰ | فلج بخش حسی ( عصب سه قلو ) در صورت نیاز به جراحی | | ٥ | |

**۲-۲- مغز**

| ردیف | نوع نقص عضو | چپ | | راست |
|---|---|---|---|---|
| ۱۳۱ | مرگ مغزی | | ۱۰۰ | |
| ۱۳۲ | ضربه سر بدون نیاز جراحی | | ۲ | |
| ۱۳۳ | ضربه سر با جراحی بدون عارضه | | ٥ | |

**زوال عقل**

| ردیف | نوع نقص عضو | درصد: چپ | | راست |
|---|---|---|---|---|
| ۱۳٤ | زوال عقل ملایم | | ۱٥ | |
| ۱۳٥ | زوال عقل ملایم تا متوسط | | ۲٥ | |
| ۱۳٦ | زوال عقل متوسط تا شدید | | ٥۰ | |
| ۱۳۷ | زوال عقل شدید | | ٦٥ | |
| ۱۳۸ | زوال عقل کامل | | ۱۰۰ | |

**۲-۳- چشم**

| ردیف | نوع نقص عضو | چپ | | راست |
|---|---|---|---|---|
| ۱۳۹ | از دست دادن یک چشم | | ۲۰ | |
| ۱٤۰ | از دست دادن دو چشم | | ۱۰۰ | |
| ۱٤۱ | از دست دادن بینایی یک چشم | | ۲۰ | |
| ۱٤۲ | از دست دادن بینایی ۲ چشم | | ۱۰۰ | |

NITC TRANSACTION COMMITTEE

| | | | | |
|---|---|---|---|---|
| ۱۴۳ | از دست دادن بینایی یک چشم با عوارض ( گلوکوم یا کاتاراکت | | ۲۵ | |
| ۱۴۴ | از دست دادن بینای یک چشم با امکان بهبود با جراحی | | ۱۸ | |
| ۱۴۵ | دو بینی | | ۱۰ | |
| ۱۴۶ | دوبینی در نگاه به خارج | | ۳ | |
| ۱۴۷ | از دست دادن دید دو چشمی | | ۱۵ | |
| ۱۴۸ | از دست دادن عدسی چشم که با لنز جبران می شود | | ۸ | |
| ۱۴۹ | افتادگی کامل یکطرفه پلک | | ۱۸ | |
| ۱۵۰ | آبریزش شدید چشم | | ۳ | |
| ۱۵۱ | از دست دادن نیمی از میدان دید | | ۴۰ | |
| ۱۵۲ | از دست دادن میدان دید سمت راست در نتیجه جراحی مغز | | ۵۰ | |

**از دست دادن بینایی یک یا دو چشم که بر اساس جدول ارزیابی می شود**

| s | 0.6 | 0.5 | 0.4 | 0.3 | 0.2 | 0.1 | 0 |
|---|---|---|---|---|---|---|---|
| 0.6 | 0 | 0 | 5 | 10 | 10 | 15 | 20 |
| 0.5 | 0 | 5 | 5 | 10 | 10 | 15 | 20 |
| 0.4 | 5 | 5 | 10 | 15 | 15 | 20 | 30 |
| 0.3 | 10 | 10 | 15 | 25 | 35 | 45 | 55 |
| 0.2 | 10 | 10 | 15 | 35 | 45 | 60 | 70 |
| 0.1 | 15 | 15 | 20 | 45 | 60 | 75 | 85 |
| 0 | 20 | 20 | 30 | 55 | 70 | 85 | 100 |

| S | 6/6 | 6/12 | 6/18 | 6/24 | 6/36 | 6/60 | 2/60 | 0 |
|---|---|---|---|---|---|---|---|---|
| 6/6 | 0 | 0 | 5 | 8 | 10 | 12 | 15 | 20 |
| 6/12 | 0 | 5 | 10 | 10 | 12 | 15 | 18 | 20 |
| 6/18 | 5 | 10 | 20 | 30 | 35 | 40 | 45 | 50 |
| 6/24 | 8 | 10 | 30 | 35 | 45 | 50 | 55 | 60 |
| 6/36 | 10 | 12 | 35 | 45 | 55 | 65 | 70 | 75 |
| 6/60 | 12 | 15 | 40 | 50 | 65 | 75 | 80 | 85 |
| 2/60 | 15 | 18 | 45 | 55 | 70 | 80 | 95 | 100 |
| 0 | 20 | 20 | 50 | 60 | 75 | 85 | 100 | 100 |
| ارزیابی قدرت بینایی چشم با عینک | | | | | | | | |

**۲-۴- گوش**

از دست دادن قسمت خارجی گوش در صورت

| ردیف | نوع نقص عضو | درصد | | |
|---|---|---|---|---|
| | | چپ | | راست |
| ۱۵۳ | از دست دادن کامل شنوایی در یک گوش | | ۱۰ | |
| ۱۵۴ | از دست دادن کامل شنوایی هر دو گوش | | ۷۵ | |

**از دست دادن نسبی شنوایی بر اساس شنوایی سنجی طبق جدول**

ارزیابی شنوایی با اودیومتری

| Degree pf loss of hearing | HH:0 | HH:1 | HH:2 | HH:3 | HH:4 | HH:5 |
|---|---|---|---|---|---|---|
| CH:0 | 0 | 5 | - | - | - | - |
| CH:1 | - | 8 | 15 | 30 | - | - |
| CH:2 | - | 12 | 20 | 35 | 50 | - |
| CH:3 | - | - | 30 | 40 | 55 | 65 |
| CH:4 | - | - | - | 50 | 60 | 70 |
| CH:5 | - | - | - | - | 65 | 75 |

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

CH:معلولیت ناشی ازافت شنوایی
معلولیت ناشی از افت شنوائی
۰- بدون معلولیت
۱- معلولیت خفیف
۲- معلولیت خفیف تا متوسط
۳- معلولیت قابل توجه
٤- معلولیت شدید
٥- معلولیت کامل

افت شنوایی که نیاز به استفاده از سمعک دارد به تنهایی دلیلی برای پرداخت غرامت نمی باشد .
وزوز گوش آزار دهنده و مختل کننده شنوایی %۳

**ستون فقرات**

| ردیف | نوع نقض عضو | درصد چپ | درصد | درصد راست |
|---|---|---|---|---|
| | شکستگی تنه مهره بدون ترشح مایع مغزی نخاعی و گیر افتادن عصب | | | |
| ۱۵۵ | شکستگی کوچک با کاهش جزیی قابلیت حرکتی | | ۵ | |
| ۱۵٦ | شکستگی متوسط تا شدید بدون کاهش قابلیت حرکتی | | ۸ | |
| ۱۵۷ | شکستگی متوسط تا شدید با کاهش قابلیت حرکتی | | ۱۲ | |
| ۱۵۸ | یک شکستگی خیلی شدید یا چند شکستگی متوسط تا شدید | | ۱۵ | |
| ۱۵۹ | کاهش قابلیت حرکتی به مقدار کم | | ۱۵ | |
| ۱٦۰ | کاهش شدید قابلیت حرکتی | | ۲۰ | |
| ۱٦۱ | کاهش شدید قابلیت حرکتی اگر به کمر بند یا گردنبند طبی نیاز باشد | | ۵ | |
| ۱٦۲ | درد موضعی یا منتشر به انتها | | ۲ | |

شکستگی ستون فقرات با ترشح مایع مغزی نخاعی یا گیر افتادن عصب .
بر اساس قاعده بالا ارزیابی شده و علاوه بر آن مقداری درصد جبرانی برای ترشح مایع مغزی نخاعی یا گیر افتادن عصب در نظر گرفته میشود .

**ستون فقرات گردن**

| ردیف | نوع نقض عضو | درصد چپ | درصد | درصد راست |
|---|---|---|---|---|
| ۱٦۳ | کاهش قابلیت حرکتی و یا درد موضعی | | ۸ | |
| ۱٦٤ | کاهش قابلیت حرکتی و یا درد موضعی اگر نیاز به استفاده از گردنبند طبی باشد | | ۱۲ | |
| ۱٦٥ | درد منتشر شوند با تحریک ریشه عصب | | ۱۲ | |

**قسمتهای دیگر ستون فقرات**

| ردیف | نوع نقض عضو | درصد چپ | درصد | درصد راست |
|---|---|---|---|---|
| ۱٦٦ | درد پشت بدون کاهش قابلیت حرکتی | | ۵ | |
| ۱٦۷ | اگر استفاده از کمر بند طبی لازم باشد | | ۸ | |
| ۱٦۸ | درد پشت با مقداری کاهش قابلیت حرکتی | | ۱۲ | |
| ۱٦۹ | درد پشت با کاهش قابل توجه قابلیت حرکتی | | ۲٥ | |

**آسیب طناب نخاعی**

| ردیف | نوع نقض عضو | درصد چپ | درصد | درصد راست |
|---|---|---|---|---|
| ۱۷۰ | فلج دو طرفه بدن | | ۱۰۰ | |
| ۱۷۱ | فلج یک طرفه بدن | | ۱۰۰ | |
| ۱۷۲ | عوارض خفیف و پایدار بدون مشکلات ادراری | | ۲۰ | |
| ۱۷۳ | عوارض خفیف و پایدار با مشکلات ادراری | | ۲٥ | |
| ۱۷٤ | دیگر عوارض پایدار بدون مشکلات ادراری تعریف شده در بالا | | ۳۰ | |
| ۱۷٥ | دیگر عوارض پایدار با مشکلات ادراری تعریف شده در بالا | | ۳٥ | |
| ۱۷٦ | بی اختیاری ادراری | | معین نشده | |

| ردیف | قلب و ریه | | | |
|---|---|---|---|---|
| ۱۷۷ | : بیماری های مزمن قلب و ریه بر اساس محدودیت در توانایی عملکردی ایجاد می کنند ارزیابی می شود ( طبق گروههای عملکردی زیر ) . | | | |
| ۱۷۸ | بدون محدودیت فعالیتهای فیزیکی | | ۳ | |
| ۱۷۹ | محدودیت متوسط در انجام کار های فیزیکی با علایمی که در طی فعالیت شدید بروز پیدا می کند . | | ۲۰ | |
| ۱۸۰ | محدودیت های قابل توجه فعالیتهای فیزیکی که علایم آن در سطع فعالیت کم بروز پیدا می کند . | | ٤٥ | |
| ۱۸۱ | هر گونه حرکت فیزیکی در زمان استراحت باعث ایجاد علائم می شود . | | ۷۰ | |

برای ارزیابی نقص های ریوی از اندازه گیری حجم باز دمی در ثانیه اول ( FEV1 ) استفاده می شود بشرح ذیل :

FEV1 بیش از دو لیتر در گروه عملکردی ۱ قرار دارد
FEV1 بیش از دو لیتر در گروه عملکردی ۲ قرار دارد
FEV1 یک لیتر در گروه عملکردی ۳ قرار دارد
FEV1 حدود نیم لیتر در گروه عملکردی ۴ قرار دارد

[redacted]

| ردیف | نوع نقص عضو | درصد چپ | | راست |
|---|---|---|---|---|
| ۱۸۲ | کلوستومی و ایلئوستومی دایم | | ۱۰۰ | |
| ۱۸۳ | از دست دادن طحال | | ٥ | |
| ۱۸٤ | از دست دادن یک کلیه | | ۲۰ | |
| ۱۸٥ | از دست دادن هر ۲ کلیه | | ۱۰۰ | |
| ۱۸٦ | بی اختیاری خفیف ( دفع ادرار ، امکان خروج موضوع ) | | ۲٥ | |
| ۱۸۷ | بی اختیاری کامل دفع | | ۱۰۰ | |
| ۱۸۸ | فتق شکم غیر قابل جراحی | | ۲۰ | |
| ۱۸۹ | از دست دادن هر دو بیضه بدون بچه | | ۷۰ | |
| ۱۹۰ | از دست دادن هر دو بیضه با بچه | | ۳۰ | |
| ۱۹۱ | ناتوانی جنسي قبل از ٥۰ سالگی | | ٥۰ | |
| ۱۹۲ | ناتوانی جنسي بعد از ٥۰ سالگی | | ۳۰ | |
| ۱۹۳ | از دست دادن هر دو تخمدان قبل ازیائسگی با بچه | | ۱۰ | |
| ۱۹٤ | از دست دادن هر دو تخمدان قبل از یائیسگی بدون بچه | | ٥۰ | |
| ۱۹٥ | تنگی مجرای ادرار ، که نیاز به سونداژ باشد ٠ | | ۱٥ | |
| ۱۹٦ | ناتوانی جنسی | | ٥۰ | |

**توجه : با توجه به مشکلات انتقال مفاهیم در ترجمه متون علمي و حقوقي چنانچه اختلافي در متن فارسي و انگليسي وجود داشته باشد ملاک قضاوت متن اصلي به زبان انگليسي میباشد .**

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

IRANIAN MERCHANT MARINERS SYNDICATE

# ضمیمه ۳

## فهرست کشتی های مشمول این پیمان

(CBA Validity: 1st Jan 2017 to 31st Dec 2017)

| No. | Ships' name | IMO No. | Minimum manning scale | No. | Ships' name | IMO no. | Minimum manning scale |
|---|---|---|---|---|---|---|---|
| 1 | ARTAVIL | 9187629 | 14 | 26 | DREAM II | 9356593 | 14 |
| 2 | APAMA | 9187631 | 14 | 27 | DORE | 9357717 | 14 |
| 3 | ARNICA | 9187643 | 14 | 28 | DAN | 9357729 | 14 |
| 4 | ARK | 9187655 | 14 | 29 | SINOPA | 9172038 | 14 |
| 5 | ARGO I | 9187667 | 14 | 30 | SABITI | 9172040 | 14 |
| 6 | HEDY | 9212888 | 14 | 31 | SILVIA I | 9172052 | 14 |
| 7 | HALTI | 9212890 | 14 | 32 | STARK I | 9171450 | 14 |
| 8 | HAPPINESS I | 9212905 | 14 | 33 | SOL | 9171462 | 14 |
| 9 | HASNA | 9212917 | 14 | 34 | STARLA | 9569621 | 14 |
| 10 | HENNA | 9212929 | 14 | 35 | SANCHI | 9356608 | 14 |
| 11 | DEVON | 9218454 | 14 | 36 | SANA | 9357353 | 14 |
| 12 | DOVER | 9218466 | 14 | 37 | SONIA I | 9357365 | 14 |
| 13 | Diamond II | 9218478 | 14 | 37 | SALINA | 9357377 | 14 |
| 14 | DOWNY | 9218480 | 14 | 39 | SEA START III | 9569205 | 14 |
| 15 | DEEP SEA | 9218492 | 14 | 40 | SNOW | 6569619 | 14 |
| 16 | DORENA | 9569669 | 14 | 41 | SERENA | 9569645 | 14 |
| 17 | HERO II | 9362073 | 14 | 42 | MARIA III | 9615092 | 14 |
| 18 | HELM | 9357391 | 14 | 43 | DINO I | 9569671 | 14 |
| 19 | HORSE | 9362061 | 14 | 44 | DANIEL | 9569683 | 14 |
| 20 | AMBER | 9357406 | 14 | 45 | DIONA | 9569695 | 14 |
| 21 | STREAM | 9569633 | 14 | 46 | DERYA | 9569700 | 14 |
| 22 | SEA CLIFF | 9569657 | 14 | 47 | DUNE | 9569712 | 14 |
| 23 | HUGE | 9357183 | 14 | 48 | FAZEL | 9283746 | 14 |
| 24 | HERBY | 9362059 | 14 | 49 | FOREST | 9283760 | 14 |
| 25 | HILDA I | 9357389 | 14 | 50 | FAXON | 9283758 | 14 |

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

پیمان جمعی – انجمن صنفی دریانوردان تجاری ایران و شرکت ملی نفتکش ایران سال ۲۰۱۷

NATIONAL IRANIAN TANKER CO.
NITC
TRANSACTION COMMITTEE

# ضمیمه ٤

## فهرست حداقل دستمزد – سال ۲۰۱۷ (دلار آمریکا)

| No. | Capacity (on board) | Monthly basic Wages | Daily basic wages | * Monthly overtime (for 103 hours) | ** Leave Pay For Public Holiday | *** Monthly Leave Pay | Monthly leave subsistence | Monthly Tanker or bonus allowance | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Master | 2364 | 78 | 1804 | 433 | 197 | 144 | 60 | 5002 |
| 2 | C/O | 1779 | 59 | 1357 | 326 | 148 | 144 | 60 | 3814 |
| 3 | 2/O | 1312 | 44 | 1007 | 240 | 109 | 144 | 60 | 2872 |
| 4 | 3/O | 1158 | 39 | 883 | 212 | 96 | 144 | 60 | 2553 |
| 5 | Cat/O | 1070 | 35 | 816 | 196 | 89 | 144 | 60 | 2375 |
| 6 | C/E | 2179 | 72 | 1662 | 400 | 181 | 144 | 60 | 4626 |
| 7 | 2nd ENG | 1779 | 59 | 1357 | 326 | 148 | 144 | 60 | 3814 |
| 8 | 3rd ENG | 1312 | 44 | 1007 | 240 | 109 | 144 | 60 | 2872 |
| 9 | 4th ENG | 1158 | 39 | 883 | 212 | 96 | 144 | 60 | 2553 |
| 10 | ETO | 1779 | 59 | 1357 | 326 | 148 | 144 | 60 | 3814 |
| 11 | Gas Engineer | 1570 | 52 | 1198 | 287 | 130 | 144 | 60 | 3389 |
| 12 | Bosun / Pump man | 725 | 24 | 553 | 133 | 60 | 144 | 30 | 1645 |
| 13 | AB / 1st Cock / Oiler | 614 | 20 | 419 | 112 | 51 | 144 | 30 | 1370 |
| 14 | OS / 2nd Cock | 458 | 15 | 348 | 84 | 38 | 144 | 30 | 1102 |
| 15 | Fitter/ Repairer | 725 | 24 | 553 | 133 | 60 | 144 | 30 | 1645 |
| 16 | Wiper | 458 | 15 | 348 | 84 | 38 | 144 | 30 | 1102 |
| 17 | C/Cook | 840 | 28 | 641 | 154 | 70 | 144 | 30 | 1879 |
| 18 | Steward | 523 | 17 | 399 | 96 | 44 | 144 | 30 | 1236 |

* Overtime is calculated at 1.4 the normal hourly rate at this CBA. (Ref: MLC A2.3.5(a) and B2.2.2) hence 103 hrs OT.
** Work performed on public holidays compensation on base of over time rate (Ref: MLC B2.2.2)
*** Leave is 2.5 days per month at a rate of 1/30 the monthly basic wage (MLC A2.4)