UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdollahi, et al. v. National Iranian Tanker Co., et al.
Civil Action No. 1:19-cv-03688-ABJ

# EXHIBIT S-9

**to Plaintiffs' Response to the Court's Order of September 2, 2026 and Supplemental Brief in Support of Motion for Default Judgment**

U.S. Department of the Treasury, press release sm1165, “Treasury Sanctions Key Actors in Iran's Oil Sector for Supporting Islamic Revolutionary Guard Corps-Qods Force,” 26 October 2020

Printout of https://home.treasury.gov/news/press-releases/sm1165
(Herischi Supp. Decl. ¶ 11; Supplemental Brief, Part IV.B — designation of NITC under E.O. 13224)

# Treasury Sanctions Key Actors in Iran's Oil Sector for Supporting Islamic Revolutionary Guard Corps-Qods Force

O tober ,

***Treasury Designates Iranian Ministry and Minister of Petroleum, National Iranian Oil Company, and National Iranian Tanker Company***

ashington **Today, the U S Department of the Treasury s O i e of Foreign Assets Control OFAC is designating the Iranian Ministry of Petroleum, the National Iranian Oil Company NIOC , and the National Iranian Tanker Company NITC pursuant to E O , as amended, a ounterterrorism authority, for their finan ial support to Iran s Islami Re olutionary Guard Corps ods For e IRGC F , an entity designated under E O Senior NIOC and NITC personnel ha e worked losely with Rostam Ghasemi, a senior IRGC F o i ial and former Minister of Petroleum who was designated in , and who has assumed a portion of former IRGC F Commander asem Soleimani s role in fa ilitating shipments of oil and petroleum produ ts for the finan ial benefit of the IRGC F OFAC is also designating multiple entities and indi iduals asso iated with the Ministry of Petroleum, NIOC, and NITC, in luding front ompanies, subsidiaries, and senior e e uti es In addition, OFAC is designating four persons in ol ed in the re ent sale of Iranian gasoline to the illegitimate Maduro regime in Vene uela**

**The regime in Iran uses the petroleum se tor to fund the destabili ing a ti ities of the IRGC F, said Se retary Ste en T Mnu hin The Iranian regime ontinues to prioriti e its support for terrorist entities and its nu lear program o er the needs of the Iranian people**

**In spring alone, an IRGC F led network employed more than a do en NITC essels to transport nearly million barrels of rude oil, mostly destined for the Assad regime Iran ontinues to perpetuate the Syrian onfli t with these kinds of transa tions These shipments, taken olle ti ely, sold for the e ui alent of more than half a billion dollars Today s a tion targets those who supply and transport the oil that generates re enue for the IRGC F**

## A S U

**, o erseen by the Ministry of Petroleum , is responsible for the e ploration, produ tion, refining, and e port of oil and petroleum produ ts in Iran NITC , a subsidiary of NIOC , is**

responsible for the transportation of Iranian rude e ports NIOC and NITC pro ide both the oil and tankers for the sale of Iranian oil by the IRGC F The ooperation and oordination between the IRGC F and these entities e tends well beyond the simple sale of oil, in luding oordination between NIOC and the Central Bank of Iran to fa ilitate the olle tion of tens of millions of dollars in pro eeds from the sale of oil that benefitted the IRGC F NITC has also played a signifi ant role in oil deals used to generate re enue for the IRGC F and Hi ballah NITC personnel oordinated with the IRGC F on the loading of oil pro ided by NIOC , and NITC Managing Dire tor Nasrollah Sardashti Sardashti worked with Hi ballah on logisti s and pri ing for oil shipments to Syria Sardashti also worked with atirji Group representati e Viyan Zanganeh Zanganeh and a senior IRGC F o i ial to fa ilitate the shipment of millions of dollars of oil by NITC In , OFAC designated Syrian regime a iliated atirji Group for fa ilitating fuel trades between the Syrian regime and the Islami State of Ira and al Sham ISIS , in luding pro iding oil produ ts to ISIS ontrolled territory As of early , the atirji Group s Zanganeh ontinued to work losely with the IRGC F to oordinate NIOC s pro ision of millions of barrels of oil and petroleum produ ts to be shipped to Syria, as well as millions of dollars in payments ba k to Iran In mid , Zanganeh ontinued to a t as an intermediary between the IRGC F and a Syrian regime a iliated business, arranging for the funding of the release of a sei ed essel and additional shipments of fuel oil

The Iranian inistry of etroleum has been used by indi iduals at the highest le els of the Iranian regime to fa ilitate the IRGC F s re enue generation s heme In mid , the Ministry of Petroleum arranged the loading of hundreds of thousands of barrels of oil for shipments to Syria, and in mid the IRGC F and senior regime o i ials oordinated to use the Ministry of Petroleum to pro ure U S dollars for the benefit of the IRGC F

Furthermore, in order to obfus ate its in ol ement in shipping a ti ity, set up a front ompany in the United Arab Emirates UAE , Atlas Ship Management NITC o i ials also arranged to reate a separate UAE based front ompany, Atlanti Ship Management Company , ostensibly as an entity to repla e Atlas Ship Management NIOC , NITC , the Ministry of Petroleum , and Viyan Zanganeh are being designated pursuant to E O , as amended, for ha ing materially assisted, sponsored, or pro ided finan ial, material, or te hnologi al support for, or goods or ser i es in support of, the IRGC F The Ministry of Petroleum is also being designated pursuant to E O , as amended, for owning or ontrolling, dire tly or indire tly, NIOC Atlas Ship Management and Atlanti Ship Management Company are being designated pursuant to E O , as amended, for being owned, ontrolled, or dire ted by, or ha ing a ted or purported to a t for or on behalf of, dire tly or indire tly, NITC

A A S A ASS A S

Ali Akbar urebrahim **Purebrahim , managing dire tor of NIOC s Swit erland based subsidiary Na iran Intertrade Company NICO , has worked with the IRGC F on petroleum sales ontra ts, and worked with senior IRGC F o i ial Ghasemi to arrange the shipment of oil, in luding pri ing and payment for the shipment Under Purebrahim s leadership, NICO arried thousands of tons of li uified petroleum gas LPG belonging to NIOC as part of an arrangement to transport multiple shipments of LPG per month Ali Akbar Purebrahim is being designated pursuant to E O , as amended, for ha ing materially assisted, sponsored, or pro ided finan ial, material, or te hnologi al support for, or goods or ser i es in support of, Rostam Ghasemi**

**OFAC is also designating key subsidiaries of the Ministry of Petroleum The** ational ranian il efining and istribution om any **NIORDC , National Iranian Oil Produ ts Distribution Company NIOPDC , Iranian Oil Pipelines and Tele ommuni ations Company , National Iranian Oil Engineering and Constru tion Company , Abadan Oil Refining Company , Imam Khomeini Sha and Oil Refining Company , and the National Petro hemi al Company NPC are being designated pursuant to E O , as amended, for being owned, ontrolled, or dire ted by, or ha ing a ted or purported to a t for or on behalf of, dire tly or indire tly, the Ministry of Petroleum**

**OFAC is targeting se eral leaders or o i ials of the designated entities, all of whom are being designated pursuant to E O , as amended, in luding Minister of Petroleum** i an anganeh, **for being a leader or o i ial of the Ministry of Petroleum NIOC Managing Dire tor Masoud Karbasian , for being a leader or o i ial of NIOC NITC Managing Dire tor Nasrollah Sardashti , for being a leader or o i ial of NITC NIORDC Dire tor Alire a Sadi abadi , for being a leader or o i ial of NIORDC and NPC Managing Dire tor Beh ad Mohammadi , for being a leader or o i ial of the NPC**

**OFAC is also identifying the essels** ongbow ake **and Wu ian as property in whi h NIOC has an interest**

## AS SH S U A

**In anuary ,** ahmoud adani our **Madanipour and UAE based Mobin International Limited Mobin entered into an agreement with designated Vene uelan state owned oil ompany Petroleos de Vene uela, S A PdVSA to ship gasoline obtained from NIOC to the illegitimate Maduro regime in Vene uela Upon the re uest of NIOC s subsidiary NIOPDC , Madanipour and Mobin hartered multiple essels to support the transport of tens of thousands of metri tons of gasoline destined for Vene uela Mobin International Limited is being designated pursuant to E O , as amended, for ha ing materially assisted, sponsored,**

**or pro ided finan ial, material, or te hnologi al support for, or goods or ser i es in support of, the NIOPDC Mahmoud Madanipour is being designated for ha ing a ted or purposed to ha e a ted for or on behalf of, dire tly or indire tly, Mobin International Limited**

**OFAC is also targeting two United Kingdom based ompanies of** adani our **Mobin Holding Limited and Oman Fuel Trading Ltd Mobin Holding Limited and Oman Fuel Trading Ltd are being designated for being owned, ontrolled, or dire ted by, or ha ing a ted or purported to a t for or on behalf of, dire tly or indire tly, Mahmoud Madanipour**

## SA S A S

**All property and interests in property of these persons designated today subje t to U S jurisdi tion are blo ked, and U S persons are generally prohibited from engaging in transa tions with them Any entities that are owned, dire tly or indire tly, per ent or more by su h persons are also blo ked In addition, foreign finan ial institutions that knowingly fa ilitate signifi ant transa tions for, or persons that pro ide material or ertain other support to, the persons designated today risk e posure to san tions that ould se er their a ess to the U S finan ial system or blo k their property and interests in property under U S jurisdi tion**

**Con urrent with today s a tion, OFAC is issuing amended General Li ense A, issued pursuant to the Global Terrorism San tions Regulations and the Iranian Transa tions and San tions Regulations, to ontinue to allow ertain humanitarian trade transa tions in ol ing NIOC or any entities in whi h it owns, dire tly or indire tly, a per ent or greater interest**

**View additional information on the indi iduals and entities designated and essels identified today**

BUREAUS

Al ohol and Toba o Ta and Trade TTB

Bureau of Engra ing and Printing BEP

Bureau of the Fis al Ser i e BFS

Finan ial Crimes Enfor ement Network FinCEN

Internal Re enue Ser i e IRS

O i e of the Comptroller of the Curren y OCC

U S Mint

## NSPECTOR GENERAL S ITES

O i e of Inspe tor General OIG

Treasury Inspe tor General for Ta Administration TIGTA

Report S ams, Fraud, Waste Abuse

Spe ial Inspe tor General for Pandemi Re o ery SIGPR

## U S .GOVERNMENT SHARED SERV ICES

Administrati e Resour e Center ARC Bureau of the Fis al Ser i e

Treasury Dire t Ser i es for Go ernments

Finan ial Management FM Marketpla e Catalog

## ADD IT IONAL RESOURCES

Pri a y A t

Small Business Conta ts

Budget and Performan e

TreasuryDire t go Se urities Bonds

Freedom of Information A t FOIA

No FEAR A t Data

Whistleblower Prote tion

## OTHER GOVERNMENT S ITES

USA go

USA OBS go

OPM go

MyMoney go

Data go

Forms go

Regulations go

PaymentA ura y go

my So ial Se urity

Vote go

Pri a y Poli y Google Pri a y Site Poli ies and Noti es FA s Feedba k Careers A essibility Conta t

*Re uired Plug ins Adobe Reader*