IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDOLLAH ABDOLLAHI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL IRANIAN TANKER COMPANY,<br><br>ALI RABIEI, and ALAEDDIN BOROUJERDI,<br><br>Defendants. | Case No. 1:19-cv-03688-ABJ |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Default Judgment, Plaintiffs' Response to the Court's Order of September 2, 2026 and Supplemental Brief in Support of Motion for Default Judgment, and the declarations and exhibits accompanying them, it is hereby

ORDERED that Plaintiffs' withdrawal of reliance on 28 U.S.C. § 1605(a)(5) and on the Foreign Sovereign Immunities Act is noted; and it is further

ORDERED that the Supplemental Brief, the Second Supplemental Declaration of Jack Roberts, the Supplemental Declaration of Ali Herischi, the Supplemental Declaration of Abdollah Abdollahi, and Exhibits S-1, S-1A, S-6, S-7, S-9, S-10 and S-13 are accepted as part of the record on the Motion; that the jurisdictional allegations of the First Amended Complaint are deemed amended under 28 U.S.C. § 1653 to conform to Parts III and IV of the Supplemental Brief; and

that the family Plaintiffs may proceed under Federal Rule of Civil Procedure 17(a)(3) as next friends of their detained relatives on the Fourth, Fifth and Sixth Claims; and it is further

ORDERED and DECLARED that the crewmembers of the M/T Sanchi named in Exhibits H and I to the Declaration of Jack Roberts survived the casualty of January 6, 2018, were taken into the custody of the Islamic Republic of Iran, and have been held incommunicado since 2018 in violation of the law of nations, and that each Defendant participated in concealing those facts; and it is further

ORDERED that within sixty days of this Order each Defendant shall (i) disclose to Plaintiffs, through counsel, the location, condition and legal status of each crewmember so named; (ii) permit each such crewmember to communicate with his family; (iii) as to Defendant National Iranian Tanker Company, perform its obligation to repatriate its crew; and (iv) take every step within its or his authority to secure the crewmembers' release and return; and it is further

ORDERED that the Clerk shall furnish to Plaintiffs certified copies of this Order and of the Court's findings for transmission to the United Nations Special Rapporteur on the situation of human rights in the Islamic Republic of Iran, the United Nations Working Group on Enforced or Involuntary Disappearances, and the United States Department of State; and it is further

ORDERED that Plaintiffs shall file their written submission on damages under Federal Rule of Civil Procedure 55(b)(2), with supporting declarations, within thirty days of the Court's ruling on liability, or on such schedule as the Court directs.

SO ORDERED.

Date: ______________

______________________________
AMY BERMAN JACKSON
United States District Judge