IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDOLLAH ABDOLLAHI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL IRANIAN TANKER COMPANY,<br><br>ALI RABIEI, and ALAEDDIN BOROUJERDI,<br><br>Defendants. | Case No. 1:19-cv-03688-ABJ |

**NOTICE OF FILING OF RESPONSE TO THE COURT'S ORDER OF SEPTEMBER 2, 2026,**

**SUPPLEMENTAL BRIEF, MOTIONS, DECLARATIONS AND EXHIBITS**

Plaintiffs give notice of the filing, in response to the Court's Order of September 2, 2026, of the following. Any declaration listed below that has not been executed as of the date of this Notice will be filed within seven days; Plaintiffs' Response and Supplemental Brief, which answers the Order, is filed today.

**Response and Supplemental Brief** Plaintiffs' Response to the Court's Order of September 2, 2026 and Supplemental Brief in Support of Motion for Default Judgment

**Roberts Second Supp. Decl.** Second Supplemental Declaration of Jack Roberts, with Exhibits E-1 (public statement terminating the search), J (two NIOC payment confirmations, 2014 and 2015) and K (two NITC Invoice Status Reports and eleven NIOC payment confirmations, 2014–2019)

**Herischi Supp. Decl.** Supplemental Declaration of Ali Herischi, Esq., with Exhibits HS-1 (service records), HS-2 (Malta registry record for ALP Shipping

| | |
|---|---|
| | Enterprise Limited), HS-3 (public records of NITC's ownership) and HS-4 (Iranian Civil Liability Act, art. 1, with translation) |
| **Ex. S-1** | Collective Bargaining Agreement between National Iranian Tanker Company and the Iranian Merchant Mariners' Trade Union Association, executed 31 December 2016 (Farsi original) |
| **Ex. S-1A** | Certified English translation of Exhibit S-1, with the certificate of Mohammad Parandi under 28 U.S.C. § 1746 |
| **Ex. S-6** | Caixin Global, "The 'Almost Impossible' Crash of the Oil Tanker Sanchi," 29 January 2018 |
| **Ex. S-7** | U.S. Department of the Treasury, Department of State and Coast Guard, North Korea Sanctions Advisory, "Sanctions Risks Related to North Korea's Shipping Practices," 23 February 2018 |
| **Ex. S-9** | U.S. Department of the Treasury, press release sm1165, "Treasury Sanctions Key Actors in Iran's Oil Sector for Supporting Islamic Revolutionary Guard Corps-Qods Force," 26 October 2020 (designation of NITC under Executive Order 13224) |
| **Ex. S-10** | Office of Foreign Assets Control, Sanctions List Search, entry for National Iranian Tanker Company (programs IRAN, IFCA, IFSR, SDGT) |
| **Ex. S-13** | Public law materials: S.C. Res. 1718 (Oct. 14, 2006); Executive Order 13810, 82 Fed. Reg. 44705 (Sept. 25, 2017); Executive Order 13382, 70 Fed. Reg. 38567 (July 1, 2005); Iran, North Korea, and Syria Nonproliferation Act, Pub. L. 106-178, 50 U.S.C. § 1701 note |
| **Proposed Order** | Proposed Order on Plaintiffs' Response and Supplemental Brief |

Respectfully submitted,

Dated: September 30, 2026

/s/ Ali Herischi
Ali Herischi, Esq.
HERISCHI & ASSOCIATES LLC
11300 Rockville Pike, Suite 712
North Bethesda, Maryland 20852
Tel: (301) 363-4540 | Fax: (301) 363-4538
ali.herischi@ibhlaw.com
Counsel for Plaintiffs